John R. Keough, III (JK 6013)
John R. Foster (3635)
**WAESCHE, SHEINBAUM & O'REGAN, P.C.**
Attorneys for Plaintiff
ST SHIPPING AND TRANPORT INC.
111 Broadway, 4th Floor
New York, New York 10006
(212) 227-3550

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ST SHIPPING AND TRANSPORT INC.

                           Plaintiff,

          -against-

GOLDEN FLEECE MARITIME INC.,

                         Defendants.
------------------------------------------------------------X

ECF CASE

07 Civ.

**RULE 7.1 DISCLOSURE**

Pursuant to F.R.Civ.P. 7.1, the Plaintiff, ST Shipping and Transport Inc., identifies the following as a publicly-held parent corporation or a publicly-held corporation owning 10% or more of Plaintiff's stock:

        NONE

Dated: New York, New York
       December 10, 2007

                                                **WAESCHE, SHEINBAUM & O'REGAN, P.C.**
                                                Attorneys for Plaintiff
                                                ST SHIPPING AND TRANSPORT INC.

                                       By: _____
                                                  John R. Keough, III (JK 6013)
                                                  John R. Foster (JF 3635)
                                                  111 Broadway, 4th Floor
                                                  New York, New York  10006
                                                  (212) 227-3550