WAESCHE, SHEINBAUM & O'REGAN, P.C.
Attorneys for the Plaintiff
111 Broadway, Suite 401                                              ECF CASE
New York, New York 10006
Telephone: (212) 227-3550
John R. Keough (JK6013)
John R. Foster (JF3635)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ST SHIPPING AND TRANSPORT INC., | 07 CV 11147 (SAS) |
| Plaintiff, | |
| | SUPPLEMENTAL DECLARATION |
| -against- | |
| GOLDEN FLEECE MARITIME INC., | |
| Defendant. | |

EDWARD H. MILLS-WEBB declares that the following is true and correct:

1.   I am an assistant solicitor in the employ of Clyde & Co. LLP whose office is at 51 Eastcheap, London EC3M 1JP, United Kingdom, and who are the solicitors of ST Shipping and Transport Inc., the Plaintiff in this action. I submit this affirmation in support of Plaintiff's request for the issuance of process of maritime attachment and garnishment against the property of the Defendant, Golden Fleece Maritime Inc., pursuant to Supplemental Rule B of the Federal Rules of Civil Procedure.

2.   There is presently pending in London an arbitration between Golden Fleece Maritime Inc. ("Golden Fleece"), as owner of the vessel M/T Elli, and ST Shipping and Transport Inc. ("ST Shipping"), as charterer of this ship. Subject to the supervision of my

principals, I am charged with the matters in this arbitration to which this declaration relates. Save where stated to the contrary, I make this declaration from matters within my own knowledge and experience.

3. The London arbitration concerns disputes between the parties arising under a charterparty of May 30, 2003, by which Golden Fleece chartered the M/T Elli to ST Shipping for a period that eventually went to about September 2006. One of the claims by ST Shipping is that the vessel's speed during the contract period was slower than that warranted by Golden Fleece. Another claim by ST Shipping is that vessel consumed oil (both fuel oil and motor diesel oil, and which are called "bunkers") at a rate greater than that warranted by Golden Fleece. ST Shipping's loss from these breaches of warranties is currently estimated to be about $280,000.

4. A precise calculation of the claim amount cannot be performed until the deck and engine logbooks for the M/T Elli have been considered for the entire charterparty period. These logbooks have been recently obtained from the Defendant but will take several weeks to consider. However, for the purpose of estimating the amount of the speed and bunker consumption claims, attached as **Exhibit A** is a spreadsheet showing the vessel's speeds and bunker consumptions during the period May 31, 2005, until May 27, 2006. This spreadsheet was largely derived from information already in the Plaintiff's possession, including the Master's reports submitted at the end of each voyage. It shows for the limited period of approximately 12 months the various voyages performed, the oil consumption, steaming times, average speeds, and resulting calculated damages. The Plaintiff believes that any problems concerning the vessel's speed and bunker consumption will apply throughout the entire charter period and the total

amount of the Plaintiff's claim has therefore been estimated by applying the losses sustained between May 31, 2005, until May 27, 2006, to the entire period of the charterparty.

5. Stephenson Harwood, the London solicitors for Golden Fleece, were informed on October 10, 2007, that the provisional claim relating to the speed and bunker consumption of the M/T Elli was at that point estimated to be $200,000, plus interest and costs. (Based on more recently obtained information, the claim is now estimated at $280,000.) A demand for security of the claim amount was also made. That demand, however, has been refused; and Golden Fleece disputes the claim. A copy of my fax dated October 10, 2007, is attached as **Exhibit B**.

6. The London arbitration is governed by English law. If successful in the arbitration, ST Shipping will be awarded not only the principal amount of its claim, but also interest at a commercial rate of borrowing, the arbitrators' fees, and an allowance toward the Plaintiff's legal costs. Based on my experience in London arbitrations, I anticipate that the interest, fees, and allowance awarded will total approximately $100,000.

7. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 20, 2007.

EDWARD H. MILLS-WEBB

# EXHIBIT A

| PORT | F.O.A.P | PORT | E.O.S.P | Nature of Voyage | Distance Steamed =< Force 5 | Steaming Time | Avg Speed | IFO Actual | MDO Actual | C/P Steaming Time | C/P IFO | C/P MDO | Calculation based on Speed/ Consumption Formula |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| #REF! | 5/13/2005 16:30 | Huangpu – China | 5/31/2005 8:30 | Loaded | 2646 Nm | 197.50 Hrs | 13.40 Knts | | | 203.52 Hrs | | | 13kts - 39 MT FO |
| Huangpu - China | 6/4/2005 23:00 | Fujairah | 6/22/2005 23:00 | Ballast | 1822 Nm | 143.50 Hrs | 12.70 Knts | | | 130.14 Hrs | | | 13kts - 31MT FO |
| #REF! | 6/30/2005 20:00 | Tanjung Pelepas | 7/13/2005 12:00 | Loaded | 818 Nm | 63.00 Hrs | 12.98 Knts | | | 62.92 Hrs | | | 13kts - 39 MT FO |
| Tanjung Pelepas | 7/15/2005 6:30 | Singapore | 7/15/2005 7:00 | Loaded | 5 Nm | 0.50 Hrs | 10.60 Knts | | | 0.41 Hrs | | | 12kts - 34MT FO |
| Singapore | 7/18/2005 23:55 | Kharg Island | 8/1/2005 0:00 | Ballast | 1237 Nm | 90.50 Hrs | 13.67 Knts | | | 88.36 Hrs | | | 14kts - 37MT FO |
| Kharg Island | 8/3/2005 1:30 | Ain Sukhna | 8/15/2005 7:30 | Loaded | 124 Nm | 9.50 Hrs | 13.05 Knts | | | 9.54 Hrs | | | 13kts - 39 MT FO |
| Ain Sukhna | 8/16/2005 13:00 | Jebel Dannah | 8/25/2005 17:30 | Ballast | 1453 Nm | 101.50 Hrs | 14.32 Knts | | | 103.79 Hrs | | | 14kts - 37MT FO |
| Dubai | 8/30/2005 19:30 | Dubai Dry Docks | 8/30/2005 21:30 | Ballast | 26 Nm | 2.00 Hrs | 13.00 Knts | | | 1.86 Hrs | | | 13kts - 39 MT FO |
| #REF! | 9/22/2005 10:30 | Jebel Dannah | 9/22/2005 23:30 | Ballast | 167 Nm | 13.00 Hrs | 12.85 Knts | | | 11.93 Hrs | | | 13kts - 31MT FO |
| Jebel Dannah | 9/24/2005 0:30 | Fujairah | 9/25/2005 7:00 | Loaded | 119 Nm | 9.00 Hrs | 13.22 Knts | | | 9.15 Hrs | | | 13kts - 39 MT FO |
| #REF! | 10/6/2005 9:00 | Jeddah | 10/15/2005 7:00 | Ballast | 43 Nm | 3.00 Hrs | 14.33 Knts | | | 3.07 Hrs | | | 14kts - 37MT FO |
| Jeddah | 10/16/2005 6:30 | Wadi Feriran | 10/18/2005 1:00 | Ballast | 77 Nm | 5.50 Hrs | 14.00 Knts | | | 5.50 Hrs | | | 14kts - 37MT FO |
| Wadi Feriran | 10/22/2005 14:00 | Sikka | 11/1/2005 0:00 | Loaded | 491 Nm | 37.00 Hrs | 13.27 Knts | | | 37.77 Hrs | | | 13kts - 39 MT FO |
| Sikka | 11/2/2005 8:30 | Ras Tanura | 11/5/2005 17:00 | Ballast | 823 Nm | 58.00 Hrs | 14.19 Knts | | | 58.79 Hrs | | | 14kts - 37MT FO |
| #REF! | 11/22/2005 9:00 | Fujairah | 11/30/2005 13:00 | Ballast | 367 Nm | 27.00 Hrs | 13.59 Knts | | | 26.21 Hrs | | | 14kts - 37MT FO |
| #REF! | 12/14/2005 19:30 | Zirku Island | 12/17/2005 9:29 | Ballast | 880 Nm | 63.00 Hrs | 13.97 Knts | | | 62.86 Hrs | | | 14kts - 37MT FO |
| Zirku Island | 12/18/2005 3:47 | Karachi | 12/21/2005 1:30 | Loaded | 180 Nm | 13.50 Hrs | 13.33 Knts | | | 13.85 Hrs | | | 13kts - 39 MT FO |
| Karachi | 12/24/2005 13:00 | Zirku Island | 12/27/2005 4:00 | Ballast | 683 Nm | 48.00 Hrs | 14.23 Knts | | | 48.79 Hrs | | | 14kts - 37MT FO |
| #REF! | 12/30/2005 16:29 | Fujairah | 1/1/2006 16:59 | Loaded | 66 Nm | 5.00 Hrs | 13.20 Knts | | | 5.08 Hrs | | | 13kts - 39 MT FO |
| Karachi | 1/4/2006 9:30 | Karachi | 1/6/2006 6:00 | Ballast | 35 Nm | 2.50 Hrs | 14.00 Knts | | | 2.50 Hrs | | | 14kts - 37MT FO |
| Khor Fakken | 2/1/2006 0:30 | Shuaiba | 2/2/2006 19:30 | Ballast | 160 Nm | 11.50 Hrs | 13.91 Knts | | | 11.43 Hrs | | | 14kts - 37MT FO |
| Mina Al Ahmadi | 2/7/2006 19:00 | Fujairah | 1/9/2006 21:00 | Loaded | 296 Nm | 24.00 Hrs | 12.35 Knts | | | 22.80 Hrs | | | 12kts - 28MT FO |
| Fujairah | 2/11/2006 19:00 | New Mangalore | 2/16/2006 7:30 | Loaded | 1155 Nm | 91.00 Hrs | 12.69 Knts | | | 88.85 Hrs | | | 13kts - 39 MT FO |
| New Mangalore | 2/19/2006 9:00 | Banana | 3/13/2006 14:30 | Loaded | 3213 Nm | 254.00 Hrs | 12.65 Knts | | | 247.15 Hrs | | | 13kts - 39 MT FO |
| Banana | 3/20/2006 19:00 | Lagos | 3/24/2006 15:30 | Loaded | 775 Nm | 62.00 Hrs | 12.50 Knts | | | 59.62 Hrs | | | 13kts - 39 MT FO |
| Lagos | 3/27/2006 19:00 | Cape Town | 4/5/2006 15:30 | Ballast | 706 Nm | 57.50 Hrs | 12.28 Knts | | | 50.43 Hrs | | | 12kts - 34MT FO |
| Cape Town | 4/6/2006 14:35 | Fujairah | 4/24/2006 11:30 | Ballast | 3593 Nm | 320.50 Hrs | 11.21 Knts | | | 255.53 Hrs | | | 13kts - 39 MT FO |
| Fujairah | 4/24/2006 23:00 | Bahrain | 4/26/2006 9:00 | Ballast | 431 Nm | 35.00 Hrs | 12.31 Knts | | | 30.79 Hrs | | | 12kts - 28MT FO |
| Bahrain | 4/29/2006 20:30 | Khor Fakken | 5/1/2006 7:00 | Loaded | 406 Nm | 34.50 Hrs | 11.77 Knts | | | 31.23 Hrs | | | 12kts - 28MT FO |
| Khor Fakken | 5/11/2006 12:00 | Aden | 5/6/2006 16:00 | Loaded | 557 Nm | 48.00 Hrs | 11.60 Knts | | | 42.85 Hrs | | | 12kts - 34MT FO |
| Aden | 5/19/2006 20:00 | Fujairah | 5/24/2006 9:00 | Ballast | 682 Nm | 52.00 Hrs | 13.12 Knts | | | 48.71 Hrs | | | 12kts - 34MT FO |
| Fujairah | 5/25/2006 21:00 | Bahrain | 5/27/2006 7:00 | Ballast | 418 Nm | 33.50 Hrs | 12.48 Knts | | | 29.86 Hrs | | | 12kts - 34MT FO |
| | | | | | 24454 Nm | 1,916.00 Hrs | 13.02 Knts | 000.00 Mt | 000.00 Mt | 1,806.36 Hrs | 000.00 Mt | 000.00 Mt | |

CONSUMPTIONS UP TO AND INCLUDING BEAUFORT FORCE 5
CHARTER PARTY EQUIVALENT 1 CP RATES PER DAY

ALLOWED CP Steaming Time - 1,806.36 Hrs
ACTUAL Steaming Time - 1,916.00 Hrs
ADDITIONAL STEAM TIME: 109.64 Hrs

KEY TO SPREADSHEET COLOURS

BLACK - Indicates steaming declared as non-adverse ( F5 & below)

| PORT | F.O.A.P | PORT | E.O.S.P | Nature of Voyage | Distance Steamed =< Force 5 | Steaming Time | Avg. Speed | IFO Actual | MDO Actual | C/P Steaming Time | C/P IFO | C/P MDO | Calcualtion based on Speed/ Consumption Formula |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| #REF! | 5/13/2005 16:30 | Huangpu - China | 5/31/2005 8:30 | Loaded | 2646 Nm | 197.50 Hrs | 13.40 Knts | 335.20 Mt | 028.90 Mt | 203.52 Hrs | 330.73 Mt | 030.53 Mt | 13kts - 39 MT FO |
| Huangpu - China | 6/4/2005 23:00 | Fujairah | 6/22/2005 23:00 | Ballast | 1822 Nm | 143.50 Hrs | 12.70 Knts | 198.70 Mt | 024.80 Mt | 130.14 Hrs | 200.64 Mt | 019.52 Mt | 14kts - 37MT FO |
| #REF! | 6/30/2005 20:00 | Tanjung Pelepas | 7/13/2005 12:00 | Loaded | 818 Nm | 63.00 Hrs | 12.98 Knts | 087.60 Mt | 009.30 Mt | 62.92 Hrs | 102.25 Mt | 009.44 Mt | 13kts - 39 MT FO |
| Tanjung Pelepas | 7/15/2005 6:30 | Singapore | 7/15/2005 7:00 | Loaded | 5 Nm | 0.50 Hrs | 10.60 Knts | 001.00 Mt | 000.10 Mt | 0.41 Hrs | 000.66 Mt | 000.06 Mt | 13kts - 39 MT FO |
| Singapore | 7/18/2005 23:55 | Kharg Island | 8/1/2005 0:00 | Ballast | 1237 Nm | 90.50 Hrs | 13.67 Knts | 121.70 Mt | 013.50 Mt | 88.36 Hrs | 136.22 Mt | 013.25 Mt | 14kts - 37MT FO |
| Kharg Island | 8/3/2005 1:30 | Ain Sukhna | 8/15/2005 7:30 | Loaded | 124 Nm | 9.50 Hrs | 13.05 Knts | 014.20 Mt | 001.40 Mt | 9.54 Hrs | 015.50 Mt | 001.43 Mt | 13kts - 39 MT FO |
| Ain Sukhna | 8/16/2005 13:00 | Jebel Dannah | 8/25/2005 17:30 | Ballast | 1453 Nm | 101.50 Hrs | 14.32 Knts | 145.00 Mt | 015.20 Mt | 103.79 Hrs | 160.00 Mt | 015.57 Mt | 14kts - 37MT FO |
| Dubai | 8/30/2005 19:30 | Dubai Dry Docks | 8/30/2005 21:30 | Ballast | 26 Nm | 2.00 Hrs | 13.00 Knts | 002.20 Mt | 000.00 Mt | 1.86 Hrs | 002.86 Mt | 000.28 Mt | 14kts - 37MT FO |
| | 9/22/2005 10:30 | Jebel Dannah | 9/22/2005 23:30 | Ballast | 167 Nm | 13.00 Hrs | 12.85 Knts | 021.10 Mt | 001.90 Mt | 11.93 Hrs | 018.39 Mt | 001.79 Mt | 14kts - 37MT FO |
| Jebel Dannah | 9/24/2005 0:30 | Fujairah | 9/25/2005 7:00 | Loaded | 119 Nm | 9.00 Hrs | 13.22 Knts | 013.50 Mt | 001.40 Mt | 9.15 Hrs | 014.88 Mt | 001.37 Mt | 13kts - 39 MT FO |
| #REF! | 10/6/2005 9:00 | Jeddah | 10/15/2005 7:00 | Ballast | 43 Nm | 3.00 Hrs | 14.33 Knts | 004.40 Mt | 000.50 Mt | 3.07 Hrs | 004.74 Mt | 000.46 Mt | 14kts - 37MT FO |
| Jeddah | 10/16/2005 6:30 | Wadi Feran | 10/18/2005 1:00 | Ballast | 77 Nm | 5.50 Hrs | 14.00 Knts | 008.20 Mt | 000.80 Mt | 5.50 Hrs | 008.48 Mt | 000.83 Mt | 14kts - 37MT FO |
| Wadi Feran | 10/22/2005 14:00 | Sikka | 11/1/2005 0:00 | Loaded | 491 Nm | 37.00 Hrs | 13.27 Knts | 061.90 Mt | 005.60 Mt | 37.77 Hrs | 061.38 Mt | 005.67 Mt | 13kts - 39 MT FO |
| Sikka | 11/2/2005 8:30 | Ras Tanura | 11/5/2005 17:00 | Ballast | 823 Nm | 58.00 Hrs | 14.19 Knts | 091.10 Mt | 008.80 Mt | 58.79 Hrs | 090.63 Mt | 008.82 Mt | 14kts - 37MT FO |
| #REF! | 11/22/2005 9:00 | Fujairah | 11/30/2005 13:00 | Ballast | 367 Nm | 27.00 Hrs | 13.59 Knts | 040.50 Mt | 004.10 Mt | 26.21 Hrs | 040.41 Mt | 003.93 Mt | 14kts - 37MT FO |
| #REF! | 12/14/2005 19:30 | Zirku Island | 12/17/2005 9:29 | Ballast | 880 Nm | 63.00 Hrs | 13.97 Knts | 099.40 Mt | 009.50 Mt | 62.86 Hrs | 096.90 Mt | 009.43 Mt | 14kts - 37MT FO |
| Zirku Island | 12/18/2005 3:47 | Karachi | 12/21/2005 1:30 | Loaded | 180 Nm | 13.50 Hrs | 13.33 Knts | 021.50 Mt | 002.00 Mt | 13.85 Hrs | 022.50 Mt | 002.08 Mt | 13kts - 39 MT FO |
| Karachi | 12/24/2005 13:00 | Zirku Island | 12/27/2005 4:00 | Ballast | 683 Nm | 48.00 Hrs | 14.23 Knts | 073.50 Mt | 007.30 Mt | 48.79 Hrs | 075.21 Mt | 007.32 Mt | 14kts - 37MT FO |
| #REF! | 12/30/2005 16:29 | Karachi | 1/1/2006 16:59 | Loaded | 66 Nm | 5.00 Hrs | 13.20 Knts | 008.10 Mt | 000.80 Mt | 5.08 Hrs | 008.25 Mt | 000.76 Mt | 13kts - 39 MT FO |
| Karachi | 1/4/2006 9:30 | Fujairah | 1/14/2006 6:00 | Ballast | 35 Nm | 2.50 Hrs | 14.00 Knts | 003.70 Mt | 000.40 Mt | 2.50 Hrs | 003.85 Mt | 000.38 Mt | 14kts - 37MT FO |
| Khor Fakken | 2/1/2006 0:30 | Shuaiba | 2/2/2006 19:30 | Ballast | 160 Nm | 11.50 Hrs | 13.91 Knts | 016.90 Mt | 001.70 Mt | 11.43 Hrs | 017.62 Mt | 001.71 Mt | 14kts - 37MT FO |
| | | | | | 12222 Nm | 904.00 Hrs | 13.42 Knts | 1369.40 Mt | 139.00 Mt | 897.45 Hrs | 1412.09 Mt | 134.62 Mt | |

CONSUMPTIONS UP TO AND INCLUDING BEAUFORT FORCE 5
CHARTER PARTY EQUIVALENT I CP RATES PER DAY

|  | IFO | MDO |
|---|---|---|
| ALLOWED CP CONSUMPTION - | 1412.09 Mt | 134.62 Mt |
| ACTUAL CONSUMPTION - | 1369.40 Mt | 139.00 Mt |
| ADDITIONAL BUNKERS: | -42.69 Mt | 4.38 Mt |

KEY TO SPREADSHEET COLOURS

BLACK - Indicates steaming declared as non-adverse ( F5 & below)

# EXHIBIT B

Case 2:07-cv-11147-SAS    Document 3    Filed 12/20/2007    Page 7 of 9

# FAX TRANSMISSION

# CLYDE&CO

51 Eastcheap
London EC3M 1JP
United Kingdom
Telephone: +44 (0) 20 7623 1244
Facsimile: +44 (0) 20 7623 5427
DX: 1071 London/City
www.clydeco.com

ABU DHABI  BELGRADE*  CARACAS  DOHA  DUBAI  GUILDFORD  HONG KONG  LONDON  LOS ANGELES  MOSCOW  NANTES  NEW YORK  PARIS
PIRAEUS  RIO DE JANEIRO  SHANGHAI  SINGAPORE  ST PETERSBURG*  Clyde & Co LLP offices and associated * offices

| | |
|---|---|
| TO | Stephenson Harwood |
| FAX NO | 020 7003 8505 |
| ATTN | Duncan McDonald/Caroline Cartwright |
| YOUR REF | 1020 - 46-00124 |
| DATE | 10 October 2007 |

OUR REF   EHMW/BEK/0515701
TOTAL PAGES (including cover)   2

## "FRIXOS" / "ELLI" – Arbitration Proceedings

We refer to your fax dated 21 September 2007. Charterers' counterclaims in respect of the performance of the vessels during the period of the charterparties have every chance of success and the suggestion that these matters should be postponed pending determination of Owners' appeal of the decision of Cooke J is rejected.

With respect, Charterers have been attempting to clarify these matters with Owners since March 2007 and Owners have consistently failed to provide the documents requested from Owners, as ordered by the Tribunal to be given <u>by 20 April 2007</u>. There is no excuse for this delay and please now provide the documents.

In order to set the record straight, John Kearsey made no comments whatsoever on the performance of the vessels in his expert reports. The suggestion that the actual performance of the vessels would need to be taken into consideration was only raised by Owners after the commencement of the trial and no proper evidence of the vessels' actual performance issues was before the Court. The suggestion that Charterers have already been compensated for any underperformance is therefore wrong.

Lastly, Charterers are entitled to security for their speed and performance claims and shall take necessary steps to obtain security if none is volunteered by the Owners. The current estimate for the performance claims is US$500,000 in respect of FRIXOS and US$200,000 in respect of ELLI, with interest and costs to be added. However, these figures may need to be revised once Owners provide copies of the logbooks, as ordered by the Tribunal.

We understand that FRIXOS recently loaded a cargo and is currently heading eastwards. Please confirm that Owners will provide security in the amount of US$500,000 plus interest and costs by

IF YOU HAVE NOT RECEIVED THE TOTAL NUMBER OF PAGES OR NEED ASSISTANCE, PLEASE CALL +44 (0) 20 7623 1244
CONFIDENTIALITY NOTICE

This facsimile and/or the documents accompanying it may be privileged and confidential and exempt from disclosure under applicable law.
If the reader is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, any unauthorised use, disclosure, copying, distribution or dissemination is strictly prohibited. If you have received our facsimile (or any copy) in error, please immediately notify us by telephone on +44 (0) 20 7623 1244 and return this facsimile and any copies to us as soon as possible. Thank you. Clyde & Co LLP is a limited liability partnership registered in England and Wales under number OC326539. A list of members is available for inspection at its registered office 51 Eastcheap, London EC3M 1JP. Clyde & Co LLP uses the word "partner" to refer to a member of the LLP, or an employee or consultant with equivalent standing and qualifications. Regulated by the Solicitors Regulation Authority.

way of London bank guarantee or P&I Club LOU by close of business on 16 October 2007, otherwise we must reserve all Charterers' rights to obtain security by other means.

Regards,

**Ben Knowles / Ed Mills-Webb**
CLYDE&CO