AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern   DISTRICT OF   New York

ST SHIPPING AND TRANSPORT INC.

    Plaintiff,

-against-

GOLDEN FLEECE MARITIME INC.,
    Defendant.

**APPEARANCE**

Case Number: 07 Civ. 11147 (SAS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

GOLDEN FLEECE MARITIME INC.

This appearance is a restricted appearance pursuant to Supplemental Admiralty Rule E(8) in response to process of maritime attachment and garnishment issued pursuant to Supplemental Admiralty Rule B.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/10/2008 | *[signature]* |
| Date | Signature |
| | Nancy R. Peterson     NP 2871 |
| | Print Name     Bar Number |
| | The GrayBar Bldg., 420 Lexington Ave., Suite 300 |
| | Address |
| | New York     NY     10170 |
| | City     State     Zip Code |
| | (212) 490-6050     (212) 490-6070 |
| | Phone Number     Fax Number |