AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

ST SHIPPING AND TRANSPORT INC/

    Plaintiff,

-against-

GOLDEN FLEECE MARITIME INC.,

    Defendant.

**APPEARANCE**

Case Number: 07 Civ. 11147 (SAS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

GOLDEN FLEECE MARITIME INC.

This appearance is a restricted appearance pursuant to Supplemental Admiralty Rule E(8) in response to process of maritime attachment and garnishment issued pursuant to Supplemental Admiralty Rule B.

I certify that I am admitted to practice in this court.

| 3/10/2008 | _[signature]_ |
|---|---|
| Date | Signature |

| Patrick F. Lennon | PL 2162 |
|---|---|
| Print Name | Bar Number |

The GrayBar Bldg., 420 Lexington Ave., Suite 300
Address

| New York | NY | 10170 |
|---|---|---|
| City | State | Zip Code |

| (212) 490-6050 | (212) 490-6070 |
|---|---|
| Phone Number | Fax Number |