```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ST SHIPPING AND TRANSPORT INC.,

    Plaintiff,

-against-

GOLDEN FLEECE MARITIME INC.,

    Defendant.

07 Civ. 11147 (SAS)

**ORDER**

At the parties' request, this action is hereby placed on the Court's suspense docket pending completion of the related London arbitration. The parties shall make a joint written report to the Court as of May 1, 2008, and as of each November 1 and May 1 thereafter, as to the status of the arbitration proceeding and whether this action should be continued on suspense, dismissed, or restored to the active docket.

Upon seven days' notice to opposing counsel, counsel for either party may at any time apply by letter for restoration of the action to the active docket, in which event the action shall be so restored.

The parties reserve all their rights and remedies in this action.

SO ORDERED.

Dated: New York, New York
      March 12, 2008

SHIRA A. SCHEINDLIN
United States District Judge