# WAESCHE, SHEINBAUM & O'REGAN, P.C.

111 BROADWAY
NEW YORK, NY 10006-1991

TELEPHONE: 212-227-3550
FACSIMILE: 212-267-5767
212-233-8477
E-MAIL. waesche@waeschelaw.com

JOHN R. KEOUGH, III
RICHARD W. STONE II
JOHN R. FOSTER

CODY D. CONSTABLE

FRANCIS M. O'REGAN
PETER H. GHEE

OF COUNSEL

May 13, 2008

*By Hand*

The Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York

Re: *ST Shipping and Transport Inc. v. Golden Fleece Maritime Inc.*
07 CIV. 11147 (SAS)(SDNY)

Dear Judge Scheindlin:

I represent the Plaintiff in this action, and the purpose of my letter is to respectfully request a pre-motion conference.

As your Honor may recall, this action is a satellite proceeding to obtain security under the admiralty rules for a pending London arbitration. Under the Court's March 12 Order, your Honor put the action on the Court's suspense docket and directed the parties to report to the Court semi-annually as to the status of the London proceeding. On May 1 the parties reported that the London arbitration is active and continuing, with the parties still in the process of submitting position statements.

At about the same time as our report, ST Shipping submitted in the arbitration a claim against Golden Fleece Maritime of $1,091,112.61; and a copy of the claim statement (without attachments) is enclosed as **Exhibit 1**.

When I began the action before your Honor last December, it was anticipated that the principal amount of the claim would be more on the order of about $280,000. As Exhibit 1 indicates, however, on examination of documentation (the ship's logbooks and the Master's voyage reports) from Golden Fleece, it became clear that the claim is actually significantly greater.

I consequently amended the complaint in accordance with Rule 15. Because the defendant had never responded to the complaint, the amendment was as a matter of course. Rule 15(a)(1)(A). A copy of the amended complaint is enclosed as **Exhibit 2** for your Honor's reference.

The Honorable Shira A. Scheindlin                                                                                          Page 2
May 13, 2008

At the start of the action last December, the Court ordered the issuance of process of maritime attachment and garnishment under Supplemental Rule B. The amount authorized as security was $380,000; and this sum was subsequently attached at Citibank. As matters have developed, however, the amount obtained under the December attachment order is far below the amount of the arbitration claim.

Consequently, after amending the complaint, I sent a copy of the new pleading to opposing counsel with the request that he not oppose an application by Plaintiff for a new attachment order. Mr Lennon has said, though, that he would oppose such an order, although I am not quite sure I understand the basis for his opposition under Rule B. Rather than run the risk of misstating his position, I will leave it to him to express.

I therefore respectfully request a pre-motion conference with the Court in anticipation of a motion under Supplemental Rule B for a new order of maritime attachment and garnishment.

I enclose a draft of the requested order as **Exhibit 3**. The only substantive differences from the order signed by the Court on December 21 are a) the references in the introductory paragraph to the supporting material, and b) the amount.

I will be away from the area for a graduation this coming weekend, so I further respectfully request that the conference not be scheduled for this coming Thursday through Tuesday (May 15-20).

Finally, as mentioned above, in the Court's March 12 Order your Honor put this case on the suspense docket. Given the present activity,* it may be appropriate to restore the matter to the active docket.

If the Court has any questions, or otherwise needs any information concerning this request, I would be happy to provide Chambers with whatever is necessary.

Respectfully,

*[handwritten annotation: A Pre-Motion Conference is Scheduled for Wednesday May 28, 2008 at 11:30 a.m. Counsel for Plaintiff is required to notify all other counsel of the conference. SO ORDERED.]*

John R. Foster
Attorney ID: JF3635

c (by fax):  Patrick F. Lennon, Esq.
             (203) 256-8615 [Southport CT office]

M/T Elli
(Our file no. D247)

*[handwritten date: May 14, 2008]*

---

* As mentioned in the May 1 report, opposing counsel has also indicated that he may seek to vacate the attachment of those funds already blocked.