

**Lennon, Murphy & Lennon, LLC**

ATTORNEYS AT LAW

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070
www.lenmur.com

Tide Mill Landing
2425 Post Rd. Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615
mail@lenmur.com

June 24, 2008



*Via Facsimile: (212) 805-7920*
Hon. Shira A. Scheindlin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Re:   **ST Shipping and Transport Inc. v. Golden Fleece Maritime Inc.**
      07 Civ. 11147 (SAS)
      LML ref: 1389

Dear Judge Scheindlin:

We represent the Defendant, Golden Fleece Maritime Inc. ("Golden Fleece"), as well as non-party Blanca Shipmanagement ("Blanca") in the above captioned matter. We write to request that the briefing schedule for Blanca's Motion to Vacate be adjusted as set forth below.

Currently, the briefing schedule has been set as follows: Blanca's Motion to Vacate is due this Friday, May 27, 2008. Plaintiff's Opposition is due on July 11, 2008 and Blanca's Reply on July 21, 2008.

Patrick F. Lennon and myself have deadlines in other matters which will conflict with the May 27th due date. Thus, we respectfully request that we be allowed an additional week to submit our Motion papers. We submit that Plaintiff will not be prejudiced in any way by this small adjustment of the briefing schedule. In addition, we note that Plaintiff's counsel has consented to this request.

We suggest the briefing schedule be adjusted as follows: Blanca would submit its Motion papers by July 3, 2008. Plaintiff would then submit its Opposition by July 17, 2008, and the Reply would be due on July 28, 2008.

As Plaintiff has consented to our proposed schedule, we respectfully request that the Court memo-endorse this letter, directing that the briefing schedule be altered as set forth above.

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for consideration of this request.

Respectfully submitted,

Nancy R. Peterson (Siegel)

cc:   *Via Facsimile: (212) 267-5767*
      John R. Foster, Esq.
      Waesche, Sheinbaum & O'Regan

---

The parties request is granted. Blanca's motion is due on July 3, 2008, Plaintiff's opposition is due July 17, 2008, Blanca's reply is due July 28, 2008. No further adjournments will be granted.

SO ORDERED:

Dated: New York, New York
       June 24, 2008

Shira A. Scheindlin
U.S.D.J.