John R. Keough, III (JK 6013)
John R. Foster (JF 3635)
**WAESCHE, SHEINBAUM & O'REGAN, P.C.**
Attorneys for Plaintiff
ST SHIPPING AND TRANPORT INC.
111 Broadway, 4th Floor
New York, New York 10006
(212) 227-3550

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ST SHIPPING AND TRANSPORT INC.

                         Plaintiff,

      -against-

GOLDEN FLEECE MARITIME INC.,

                        Defendants.
------------------------------------------------------------------X

ECF CASE

07 Civ. 11147 (SAS)

**AFFIDAVIT UNDER**
**SUPPLEMENTAL RULE B**

STATE OF NEW YORK   )
                           : ss:
COUNTY OF NEW YORK  )

      JOHN R. KEOUGH, III, being duly sworn, deposes and says:

      1.    I am a member of the Bar of this Court and am an officer of Waesche, Sheinbaum & O'Regan, P.C., attorneys for the Plaintiff herein. I am familiar with the circumstances of the complaint and submit this affidavit in support of Plaintiff's request for the issuance of process of maritime attachment and garnishment against the property of the Defendant, Golden Fleece Maritime Inc., an alien business entity, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

      2.    The Defendant, Golden Fleece Maritime Inc., is party to a maritime contract (time charter party for the vessel M/T Elli) on which this claim is based, and is an alien business entity

organized and existing under the laws of Liberia and with its principal place of business in Liberia.

3. At my direction, my office did a search of the New York Secretary of State, Division of Corporations; the Transportation Tickler; telephone assistance; and a general Internet search.

4. From this search, my office did not find any listing or reference to the Defendant, Golden Fleece Maritime Inc., in this District or within the State of New York. Likewise, a search of the Internet using Google does not disclose a New York presence. In the circumstances, I believe that the Defendant, Golden Fleece Maritime Inc., cannot be found within this District.

5. Upon information and belief, the Defendant, Golden Fleece Maritime Inc., has, or will have during the pendency of this action, tangible and/or intangible property within this District in the hands of Atlantic Bank of New York, American Express Bank, Bank of America, Citibank, HSBC USA Bank NA, JPMorgan Chase & Co., Standard Chartered Bank, The Bank of New York, Wachovia Bank, and/or other local banks.

6. This application is the Plaintiff's first request for such relief made to any court.

JOHN R. KEOUGH, III

Sworn to before this
10th day of December 2007

/NOTARY PUBLIC

MARYANN C. POWERS
Notary Public, State of New York
No. 01PO4629292
Qualified in Richmond County
Commission Expires August 31, 2010