UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ST SHIPPING AND TRANSPORT, INC.,

        Plaintiff,

   - against -

GOLDEN FLEECE MARITIME INC.,

        Defendant.

BLANCA SHIPMANAGEMENT COMPANY,

Third-Party Claimant,

-----------------------------------------------------------------X

07 Civ. 11147 (SAS)

ECF CASE

## NOTICE OF RESTRICTED APPEARANCE
## PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE E(8)

SIRS:

    PLEASE TAKE NOTICE that Blanca Shipmanagement Company hereby appears in this action by its attorneys, Lennon, Murphy & Lennon, as an interested claimant in this action in accordance with Rule E(4)(f) of the Supplemental Rules for Certain Admiralty or Maritime Claims.  Pursuant to Rule E(8) of said Supplemental Rules, this appearance is expressly restricted to the defense of the claim stated in the Verified Complaint and BLANCA SHIPMANAGEMENT COMPANY's interest in the funds restrained by the process of attachment and garnishment issued in this action, and is not an appearance for the purpose of any other claims.

    The undersigned does hereby certify that she is admitted to practice in this Court.

Dated: July 3, 2008
      Southport, CT

                          Third Party Claimant,
                          BLANCA SHIPMANAGEMENT COMPANY

By: _____
Nancy R. Peterson
LENNON MURPHY & LENNON, LLC
The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050 (phone)
(212) 490-6070 (fax)
nrp@lenmur.com