UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ST SHIPPING AND TRANSPORT, INC.,

       Plaintiff,

  - against -

GOLDEN FLEECE MARITIME INC.,

       Defendant.

BLANCA SHIPMANAGEMENT COMPANY,

  Third-Party Claimant,

------------------------------------------------------------X

07 Civ. 11147 (SAS)

ECF CASE

### DECLARATION OF ALEXANDRA CHATZIMICHAILOGLOU IN SUPPORT OF MOTION TO VACATE

ALEXANDRA CHATZIMICHAILOGLOU affirms and states the following under the penalties of perjury under the laws of the United States pursuant to 28 USC 1746:

1. My name is Alexandra Chatzimichailoglou. I am an in house lawyer of non-party, Liquimar Tankers Management Inc. ("Liquimar").

2. I submit this Declaration in support of Blanca's motion to vacate the maritime attachment filed by Plaintiff, ST Shipping and Transport Inc. ("Plaintiff") in the Southern District of New York.

3. At all times material to this action, Liquimar was, and still is, a foreign corporation, or other business entity organized and existing under the laws of the Liberia with an office and place of business at 3, Alopekis Street, Athens Greece.

4. At all material times to this dispute, Liquimar was the operational manager of the M/T ELLI.



5.  I have been advised that on December 11, 2007, Plaintiff filed a Verified

6.  I have further been advised that pursuant to an Ex Parte Order of Attachment and Garnishment dated on or about December 28, 2007 which authorized the attachment of property belonging to Defendant Golden Fleece in an amount up to $380,000.00, Citibank restrained three electronic funds transfers in the amounts of $101,048.48, $271,600.87 and $7,350.65 at Citibank N.A. on or about January 18, 2008, January 30, 2008, and March 17, 2008 respectively.

7.  I confirm that the three wire transfers referenced above were made by Indian Oil Corporation to pay for hire in relation to the M/T ELLI.

8.  In particular, those payments were made by Indian Oil Corporation in order to satisfy owners' invoices dated 14/01/2008, 17/01/2008 and 13/02/2008.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Executed in Athens on 3rd July 2008.

_____
ALEXANDRA CHATZIMICHAILOGLOU