**WAESCHE, SHEINBAUM & O'REGAN, P.C.**
Attorneys for the Plaintiff
111 Broadway, Suite 401                                                    **ECF CASE**
New York, New York 10006
Telephone: (212) 227-3550
John R. Keough, III (JK6013)
John R. Foster (JF3635)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**ST SHIPPING AND TRANSPORT INC.,**

       **Plaintiff,**

   **-against-**

**GOLDEN FLEECE MARITIME INC.,**

       **Defendant.**

07 Civ. 11147 (SAS)

**AFFIDAVIT IN OPPOSITION
TO MOTIONS TO VACATE
MARITIME ATTACHMENT
AND DISMISS COMPLAINT**

STATE OF NEW YORK )
       :  ss:
COUNTY OF NEW YORK )

   JOHN R. FOSTER, being duly sworn, deposes and says:

   1.  I am a member of the Bar of this Court and am an officer of Waesche,

Sheinbaum & O'Regan, P.C., attorneys for the Plaintiff herein. I submit this affidavit in

opposition to the pending motions by a) Defendant Golden Fleece Maritime Inc. to dismiss the

Complaint, and b) non-party Blanca Shipmanagement Co. to vacate the attachment of funds at

Citibank.

       **THE PRESENT ATTACHMENT**

   2.  Pursuant to the Court's Order of December 21, 2007, the Clerk issued

Process of Maritime Attachment and Garnishment ("PMAG"). A true copy of the December 21

Order is attached hereto as **Exhibit 1**. A true copy of the PMAG is attached hereto as **Exhibit 2**.

3.      On January 9, 2008, Michael Griffin of my office served copies of the December 21 Order and the PMAG by hand on Citibank. Thereafter, daily supplemental service was made on Citibank by email pursuant to the procedures established by the Bank.

4.      On January 18 and 30, and March 17, 2008, I received emails from Citibank. In these messages the Bank advised that, in response to the PMAG, Citibank had blocked three wire transfers described as destined for Golden Fleece Maritime in Athens. The total amounts of these transfers was $380,000. Attached as **Exhibit 3** are true copies of the emails from Citibank confirming the blocking of these three transfers.

## THE ACTION BEFORE JUDGE COTE

5.      In May 2007 my firm started an action captioned *ST Shipping and Transport Inc. v. Golden Fleece Maritime Inc.*, 07 Civ. 3730 (DLC). That action concerned ST Shipping's claim against Golden Fleece for failure to maintain the vessel *Elli* in accordance with international pollution regulations. A copy of the complaint is Exhibit A to Blanca/Golden Fleece's Memorandum of Law.

6.      Judge Cote signed a Rule B attachment order, and my office made both initial and daily supplemental service of process on various local banks. Unfortunately, no funds were attached.

7.      On July 30, 2007, Mr. Edward Mills-Webb in London advised me that ST Shipping had won the litigation in London and that the court there had entered judgment in ST Shipping's favor.

8.      It is my practice to advise Chambers whenever a case is over, *e.g.*, the parties have settled. In this case, according to my records, I telephoned Judge Cote's Chambers on August 20, 2007, and advised that the case was being dismissed.

9.      On August 22, 2007 I filed with the Court, pursuant to F.R.Civ.P. 41 a Notice of Voluntary Dismissal. A true copy of that Notice is attached hereto as **Exhibit 4.**

10.     In my view, my filing of that Notice terminated the action before Judge Cote. Consequently, when I started the action concerning Golden Fleece's breach of performance warranties, I did not consider the earlier action to pending such that it needed to be identified as a related open matter.

11.     I have no idea why Judge Cote "So Ordered" the Notice in May 2008. There had been absolutely no activity of any sort, such as a call from Chambers, between my filing of the Notice and her endorsement.

## BLANCA'S TRUST ARGUMENT

12.     Shipping fleets are often organized like taxi fleets, *i.e.*, each vessel is owned by a separate company. The reason is the same in both cases: to limit any liability to the value of that one asset.

13.     The *Elli* is part of a fleet of about a dozen vessels "operated" by Liquimar Tanker Management Inc. in Athens, Greece, with each vessel owned by a separate company. Attached as **Exhibit 5** are the pages from Liquimar's website listing its vessels, and particularly the *Elli*. These pages were printed earlier today.

14.      A directory of the world's ships is published by Lloyd's Register in London. In the current edition, for the year 2007-8, the directory lists only one ship for Golden

Fleece, the *Elli*, with Golden Fleece being listed under the broader heading for Liquimar. Attached as **Exhibit 6** is the directory listing for Golden Fleece and Liquimar. There is no listing at all for Blanca.

15.    Finally, it should be noted that at the May 28 conference with the Court, counsel for Golden Fleece/Blanca made no mention of any trust arrangement pertaining to the attached funds. What counsel said to the Court was that "At the closing there were some hang ups in the closing, and apparently they entered a side agreement saying any future payments of hire relating to this vessel, even if made to my client, are *assigned derivatively* to the buyer, and those are the payments that have been attached to date." Transcript of 5/28/08 Conference, at 7-8 (emphasis added). A true copy of this transcript portion is attached as **Exhibit 7**. Counsel's description of the transaction as an assignment, and not as a trust transfer, is therefore consistent with the view expressed in the declaration of Mr Edward Mills-Webb and contrary to that expressed by Mr Duncan McDonald.

JOHN R. FOSTER

Subscribed and sworn to before me this
17th day of July, 2008

Notary Public

SHARON J. POYNTZ
NOTARY PUBLIC, State of New York
No. 43-4820992 Qualified in Richmond County
Certificate Filed in New York County
Commission Expires February 28, 2011

# EXHIBIT 1

John R. Keough, III (JK 6013)
John R. Foster (JF 3635)
**WAESCHE, SHEINBAUM & O'REGAN, P.C.**
Attorneys for Plaintiff
ST SHIPPING AND TRANPORT INC.
111 Broadway, 4th Floor
New York, New York 10006
(212) 227-3550

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

-----------------------------------------------------------------X

ST SHIPPING AND TRANSPORT INC.

07 Civ. 11147 (SAS)

                                    Plaintiff,

**EXPARTE ORDER DIRECTING
PROCESS OF MARITIME
ATTACHMENT AND
GARNISHMENT**

        -against-

GOLDEN FLEECE MARITIME INC.,

                                    Defendants.

-----------------------------------------------------------------X

Upon reviewing the Verified Complaint of the Plaintiff herein, verified on the 10th day of

December, 2007, and the affidavit of John R. Keough, III, sworn to on the same day, that to the

best of his information and belief the Defendant, Golden Fleece Maritime Inc., cannot be found

within this District for the purpose of an attachment under Rule B(1) of the Supplemental Rules

for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and the

Court having found that the conditions required by Supplemental Rule B(1) appear to exist,

        **NOW**, upon motion of Waesche, Sheinbaum & O'Regan, P.C., attorneys for the Plaintiff,

it is hereby

        **ORDERED** that the Clerk of this Court is directed forthwith to issue Process of Maritime

Attachment and Garnishment for seizure of all tangible and intangible property belonging to,

claimed by, or being held for the Defendant, Golden Fleece Maritime Inc., by ABN Amro,

Atlantic Bank of New York, American Express Bank, Bank of America, BNP Paribas, Calyon,

Citibank N.A., Deutsche Bank, HSBC USA Bank NA, JPMorgan Chase & Co., Standard Chartered Bank, The Bank of New York, Wachovia Bank, and/or any other garnishee within this District on whom a copy of the Process of Maritime Attachment and Garnishment may be served, including, but not limited to, electronic fund transfers originated by, payable to, or otherwise for the benefit of the Defendant, Golden Fleece Maritime Inc., whether to or from the garnishee bank, in an amount up to and including $380,000.00 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

ORDERED that any person claiming an interest in the property attached or garnished pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted; and it is further

ORDERED that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

ORDERED that following initial service by the United States Marshal or other designated person upon a garnishee, supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may thereafter be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served, provided the garnishee consents, and such subsequent service by facsimile or e-mail, if transmitted from within the District, shall be deemed to have been made within the District; and it is further

ORDERED that service on any garnishee as described above is deemed effective continuous service throughout the day from the time of such service through the opening of the garnishee's business the next business day provided the garnishee consents; and it is further

2

**ORDERED** that pursuant to F.R.C.P. 5(b)(2)(D) each garnishee may consent to accept service by any other means; and it is further

**ORDERED** that a copy of this Order be attached to and served with said Process of Maritime Attachment and Garnishment.

Dated: New York, New York
        December 21, 2007

SO ORDERED

_____
U.S.D.J

A CERTIFIED COPY
J. MICHAEL McMAHON,                    CLERK

BY _____
        DEPUTY CLERK

3

# EXHIBIT 2

# PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

## THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the MARSHAL of the UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK, GREETINGS:

WHEREAS a Verified Complaint has been filed in the United States District Court, Southern District of New York, on the 10th of December, 2007, and styled:

ST SHIPPING AND TRANSPORT INC.,

Plaintiff,

v.

GOLDEN FLEECE MARITIME INC.,

Defendant.

in a certain action for amounts due the Plaintiff from the Defendant in connection with a claim for breach of a time charter party concerning the vessel M/T Elli, and praying for Process of Maritime Attachment and Garnishment against the said Defendant in the amount of $380,000.00; and,

WHEREAS, this Process is issued pursuant to such prayer and requires that a garnishee shall serve its Answer, together with answers to any Interrogatories served with the Verified Complaint, within 20 days after service of process upon him and requires that Defendant shall serve their Answer within 30 days after process has been executed, whether by attachment of property or service on the garnishees or arrest of property within the possession of the garnishees.

NOW, THEREFORE, we do hereby command you that if the said Defendant cannot be found within the District, you attach all assets, cash, funds, escrow funds, credits, wire transfers,

electronic fund transfers, accounts, letters of credit, freights, sub-freights, charter hire, sub-charter hire, or any other assets of, belonging to, due or being transferred for the benefit of the Defendant, Golden Fleece Maritime Inc., as may be in the possession, custody or control of, or being transferred through ABN Amro, Atlantic Bank of New York, American Express Bank, Bank of America, BNP Paribas, Calyon, Citibank N.A., Deutsche Bank, HSBC USA Bank NA, JPMorgan Chase & Co., Standard Chartered Bank, The Bank of New York, and/or Wachovia Bank, together with any such assets as may be held by any other garnishee(s) on whom a copy of this Process of Maritime Attachment and Garnishment may be served, and that you seize them and promptly after execution of this process, file the same in this Court with your return thereon.

WITNESS, the Honorable *Chief Judge Kimba M. Wood*, United States District Judge of said Court, this 28th day of December, 2007, and of our Independence the two hundred and thirtieth.

<div align="center">

**J. MICHAEL McMAHON**
Clerk

By: _____
Deputy Clerk

</div>

NOTE:  This process is issued pursuant to Rule B(1) and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

CERTIFIED COPY
J. MICHAEL McMAHON,                                    CLERK

BY _____
DEPUTY CLERK

<div align="center">

2

</div>

# EXHIBIT 3

**Subject:** NOTICE OF PAYMENT REC'D BY CITIBANK RE: PMAG SUPPLEMENTAL DAILY SERVICE: Golden Fleece Maritime Inc. (ST Shipping and Transport Inc. v Golden Fleece Maritime Inc.)

**From:** "Corner, Rodd " <rodd.corner@citi.com>

**Date:** Fri, 18 Jan 2008 16:13:49 -0500

**To:** "John R. Foster" <j.foster@waeschelaw.com>

**CC:** "Ms. Shaleem Grant" <s.grant@waeschelaw.com>

Good Afternoon,

Please be advised that Citibank has received a payment for the benefit of Golden Fleece Maritime Inc. in the amount of $101,048.48. We will continue to hold this payment until further notice from you.

NOTE TO FTN UNIT: Please continue to hold this payment....thanks, Rodd

```
31 Receive NOtification
[031] Receive Tag
Vers: 02 Date: 2008-01-18 Sender: 0914 STATE BANK OF INDIA Dup Flg: 1 Virt. Cir: 06
Time: 15:56:56 SSN:0368840 ISN:000737 OSN:050084
[221] Delivery Tag
Receiver: 0008 BENE Type: N CITIBANK N.A.
[260] Amount
000010104848
[270] Payment Sequence Number
000737
[320] Send Participant Reference Number
0999508TS0065401
[412] Beneficiary's Bank Information - No Chips Lookup
B CRBAGRAA
ALPHA BANK AE
10 PESMAZOGLOU
ATHENS
[422] Beneficiary Information - No Chips Lookup
GOLDEN FLEECE MARITIME INC
80 BROAD STREET MONROVIA LIBERIA
GR07 0140 9600 9600 1500 6013 213
[502] Originator Information - No Chips Lookup
D 11083980682
INDIAN OIL CORPORATION LIMITED
REFINERIES DIVISION INDIAN OIL
BHAVAN G 9 ALI YAVAR JUNG MARG
BANDRA E MUMBAI 400 051 INDIA
[510] Originator's Bank Info - Chips Lookup
C 376340
[517] Originator?s Bank Information - CHIPS Supplied Name and Address
C376340
D999900009995
BSBININBB162
STATE BANK OF INDIA
CORPORATE ACCOUNTS GROUP BRANCH
KILLICK HOUSE, CHARANJIT RAJ MARG
MUMBAI 400 001, INDIA
[600] Originator to Beneficiary Info
OFAC CLEARED BY SBI SCO. 08/7056
PMT VIDE HIRE INVOICE DATED 14.01.
2008
[999] Trailer

-------------------------------
Rodd Corner
Citi
```

Office of the General Counsel
388 Greenwich St, 17th Floor
New York, NY 10013
Tel: 212-816-3049
Fax: 646-291-1533


-----Original Message-----
From: John R. Foster [mailto:j.foster@waeschelaw.com]
Sent: Friday, January 18, 2008 8:37 AM
To: Mihalik, Mary B [CMB-GCO]
Cc: Corner, Rodd [CMB-GCO]; Ms. Shaleem Grant
Subject: PMAG SUPPLEMENTAL DAILY SERVICE: Golden Fleece Maritime Inc.
(ST Shipping and Transport Inc. v Golden Fleece Maritime Inc.)


In accordance with Citigroup's service guidelines, attached is the
supplemental daily service on Citibank.

Thank you for your attention to the matter.

Kind regards,

John R. Foster

Waesche, Sheinbaum & O'Regan, P.C.
111 Broadway
New York, NY 10006
Voice: (212) 227-3550
Fax: (212) 267-5767
email: j.foster@waeschelaw.com


       << File: PMAG.pdf >>

**Subject:** NOTICE OF PAYMENT REC'D BY CITIBANK RE: PMAG SUPPLEMENTAL DAILY
SERVICE: Golden Fleece Maritime Inc. (ST Shipping and Transport Inc. v Golden Fleece Maritime
Inc.)
**From:** "Mihalik, Mary B " <mary.b.mihalik@citi.com>
**Date:** Wed, 30 Jan 2008 17:06:54 -0500
**To:** "John R. Foster" <j.foster@waeschelaw.com>

John,

Please be advised that Citibank has received a payment for the benefit of **GOLDEN FLEECE
MARITIME INC** in the amount of $271,600.87.  We will continue to hold this payment until further notice
from you.

**NOTE TO FTN UNIT:  Pls continue to hold payment.....thanks, mary**

Mary B. Mihalik, VP
Citi Markets & Banking
GCO-Litigation
388 Greenwich Street / 17th Floor
New York, NY 10013
tel:    1-212-816-6182
fax:    1-866-560-0633
email: mary.b.mihalik@citi.com

----Original Tagged start----
31 Receive NOtification
[031] Receive Tag
Vers: 02 Date: 2008-01-30 Sender: 0914 STATE BANK OF INDIA Dup Flg: 1 Virt. Cir: 05 Time:
16:08:38 SSN:0375750 ISN:000704 OSN:051778

[221] Delivery Tag
Receiver: 0008 BENE Type: N CITIBANK N.A.
[260] Amount
000027160087
[270] Payment Sequence Number
000704
[320] Send Participant Reference Number
0999508TS0065690
[412] Beneficiary's Bank Information - No Chips Lookup
B CRBAGRAA
ALPHA BANK AE
10 PESMAZOGLOU
ATHENS
[422] Beneficiary Information - No Chips Lookup
**GOLDEN FLEECE MARITIME INC**
**80 BROAD STREET MONROVIA LIBERIA**
GR70 0140 9600 9600 1500 6013 213
[502] Originator Information - No Chips Lookup
D 11083980682

INDIAN OIL CORPORATION LIMITED
REFINERIES DIVISION INDIAN OIL
BHAVAN G 9 ALI YAVAR JUNG MARG
BANDRA E MUMBAI 400 051 INDIA
[510] Originator's Bank Info - Chips Lookup
C 376340
[517] Originator?s Bank Information - CHIPS Supplied Name and Address
C376340
D999900009995
BSBININBB162
STATE BANK OF INDIA
CORPORATE ACCOUNTS GROUP BRANCH
KILLICK HOUSE, CHARANJIT RAJ MARG
MUMBAI 400 001, INDIA
[600] Originator to Beneficiary Info
OFAC CLEARED BY SBI SCO. 08/7184
HIRE INV NO 17 DT. 17.01.2008
[999] Trailer
-TQ09QM-xxxx xxxx----Original Tagged end----

-----Original Message-----
From: John R. Foster [mailto:j.foster@waeschelaw.com]
Sent: Wednesday, January 30, 2008 8:50 AM
To: Mihalik, Mary B [CMB-GCO]
Cc: Corner, Rodd [CMB-GCO]; Ms. Shaleem Grant
Subject: PMAG SUPPLEMENTAL DAILY SERVICE: Golden Fleece Maritime Inc. (ST Shipping and Transport Inc. v Golden Fleece Maritime Inc.)

In accordance with Citigroup's service guidelines, attached is the supplemental daily service on Citibank.

Thank you for your attention to the matter.

Kind regards,

John R. Foster

Waesche, Sheinbaum & O'Regan, P.C.
111 Broadway
New York, NY 10006
Voice: (212) 227-3550
Fax: (212) 267-5767
email: j.foster@waeschelaw.com

**Subject:** NOTICE OF PAYMENT REC'D BY CITIBANK IN: Golden Fleece Maritime Inc. (ST Shipping and Transport Inc. v Golden Fleece Maritime Inc.)
**From:** "Mihalik, Mary B " <mary.b.mihalik@citi.com>
**Date:** Mon, 17 Mar 2008 17:15:27 -0400
**To:** "John R. Foster" <j.foster@waeschelaw.com>
**CC:** "Ms. Shaleem Grant" <s.grant@waeschelaw.com>

John,

We have received a payment for $271,600.87 f/b/o Golden Fleece Maritime Inc. We are currently holding a total of $372,649.35 against Golden Fleece Maritime Inc., and therefore will continue to restrain $7,350.65 *only* of this payment and release excess funds. The addition of these funds will fully secure your attachment at $380,000.00

**NOTE TO FTN UNIT: Please hold $7,350.65*only* of this payment and release excess funds as per the original wire instructions. This amount together with the other payments totaling $372,649.35 will fully secure this attachment at $380,000. Please delete Golden Fleece Maritime Inc. from our filter as we do not need to screen for further payments.....many thanks, mary**

----Original Tagged start----
[260] Amount
000027160087
[422] Beneficiary Information - No Chips Lookup
D GR07014096009600015006013
GOLDEN FLEECE MARITIME INC
80 BROAD STREET
MONROVIA LIBERIA GR07 0140 9600
9600 1500 6013 213
[502] Originator Information - No Chips Lookup
D 11083980682
INDIAN OIL CORPORATION LIMITED
REFINERIES DIVISION INDIAN OIL
BHAVAN G 9 ALI YAVAR JUNG MARG
BANDRA E MUMBAI 400 051 INDIA
[600] Originator to Beneficiary Info
HIRE INV NO 19 DATED 13.02.2008
[999] Trailer
-TQ09QM-xxxx xxxx----Original Tagged end----

Mary B. Mihalik, VP
Citi Markets & Banking
GCO-Litigation
388 Greenwich Street / 17th Floor
New York, NY 10013
tel:   1-212-816-6182

fax:   1-866-560-0633
email: mary.b.mihalik@citi.com

-----Original Message-----
From: John R. Foster [mailto:j.foster@waeschelaw.com]
Sent: Monday, March 17, 2008 9:53 AM
To: Mihalik, Mary B [CMB-GCO]
Cc: Corner, Rodd [CMB-GCO]; Ms. Shaleem Grant
Subject: PMAG SUPPLEMENTAL DAILY SERVICE: Golden Fleece Maritime Inc. (ST Shipping and Transport Inc. v Golden Fleece Maritime Inc.)

In accordance with Citigroup's service guidelines, attached is the supplemental daily service on Citibank.

Thank you for your attention to the matter.

Kind regards,

John R. Foster

Waesche, Sheinbaum & O'Regan, P.C.
111 Broadway
New York, NY 10006
Voice: (212) 227-3550
Fax: (212) 267-5767
email: j.foster@waeschelaw.com

7/17/2008 4:09 PM

# EXHIBIT 4

Waesche, Sheinbaum & O'Regan, P.C.
Counsel for the Plaintiff
111 Broadway
New York, New York 10006-1991
Telephone: (212) 227-3550
John R. Keough, III (JK6013)
John R. Foster (JF3635)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

| ST SHIPPING AND TRANSPORT INC., | |
|---|---|
| Plaintiff, | 07 Civ. 03730 (DC) |
| -against- | |
| GOLDEN FLEECE MARITIME INC., | NOTICE OF DISMISSAL |
| Defendant. | |

PLEASE TAKE NOTICE that, pursuant to F.R.Civ.P. 41(a), the Plaintiff voluntarily

dismisses the above-captioned action without prejudice. No adverse party has served an answer

or a motion for summary judgment in this action.

Dated:  New York, New York
        August 22, 2007

Waesche, Sheinbaum & O'Regan, P.C.
Attorneys for the Plaintiff

By: _____
        John R. Foster
Attorney ID: JF3635
111 Broadway, 4th Floor
New York, NY 10006
(212) 227-3550

TO:

THE CLERK OF THE COURT

# EXHIBIT 5





Home
Mission Statement
Fleet
 IONIKOS
 EKAVI
 PRIAMOS
 PATROKLOS
 EKTORAS
 FRIXOS
 ELLI
 ANTIGONI
 ORESTIS
 ISMINI
 MYRON
 IOKASTI
 AFRODITI
 IASONAS
 HIGH-NEFELI
 EVRIDIKI
 Coming Soon
Quality
Press Room
Career Opportunitites
Contact Us

## Fleet

**LIQUIMAR TANKER MANAGEMENT VESSEL'S PARTICULARS**

IONIKOS
EKAVI
PRIAMOS
PATROKLOS
EKTORAS
FRIXOS
ELLI
ANTIGONI
ORESTIS
ISMINI
MYRON
IOKASTI
AFRODITI
IASONAS
HIGH-NEFELI
EVRIDIKI
Coming Soon

     <     TOP     >

Sitemap
Print Version

Login
Last update:
March 08. 2007 12:04:20



Search

Powered By CMSimple.dk | Design By Dotcomwebdesign.com | Customisation & Hosting -
FASTweb.gr




Home
Mission Statement
Fleet
  IONIKOS
  EKAVI
  PRIAMOS
  PATROKLOS
  EKTORAS
  FRIXOS
  ELLI
  ANTIGONI
  ORESTIS
  ISMINI
  MYRON
  IOKASTI
  AFRODITI
  IASONAS
  HIGH-NEFELI
  EVRIDIKI
  Coming Soon
Quality
Press Room
Career Opportunitites
Contact Us

Sitemap
Print Version

Login
Last update:
March 08. 2007 12:04:20



**Search**

**ELLI**

| | |
|---:|:---|
| IMO NO. | 8420206 |
| FLAG | LIBERIA |
| DWT | 94346 |
| LENGTH OVERALL | 229.732 |
| BEAM | 46 |
| DRAUGHT Summer | 13.619 |
| DEPTH MOULDED | 19.2 |
| VESSEL'S TYPE | CRUDE/PRODUCT TANKER |



&lt;         TOP         &gt;

Powered By CMSimple.dk | Design By Dotcomwebdesign.com | Customisation & Hosting - FASTweb.gr

# EXHIBIT 6

# LIST OF SHIPOWNERS & MANAGERS
# 2007-08

**FISH CO LTD** 1926085
e.
No.7   7331434 HON   233 1973 fs

**FISH YUZHO- SAKHALINSK JOINT** 1770795
**CK CO (A/O 'GOLD FISH')**
ul Khabarovskaya 42, 693000 Yuzhno-Sakhalinsk, Sakhalinskaya Oblast,
...232725, Telex: 213214sfera
TA   7645031 UNK   759 1977 fs

**INTERNATIONAL NAVIGATION INC** 1304424
ON BV

**MARINE FISHERIES SA** 1553241
lands.
MAR 1   8629723 UNK   148 1972 fs

**MARK SHIPPING LTD** 5214268
DIGAN SHIP SERVICES INC

**MILLENNIUM CORP** 5053283
iscoll, 185 37 Piraeus, Greece.
10 429 5091, Fax: +30 210 429 5090
ers for the following:
SERVICES SA
DIOS III   7410797 PAN   16,976 1977 bu
R MARINE CO
LADY   7378717 CYP   16,224 1975 bu

**LD NET MARITIM** 5220085
C23, Jalan Gading Indah Raya, Jakarta, 14250, Indonesia.
221 452 9770
.finance@igolinet.com
AUT MAS I   8998849 IDA   549 1994 pt

**RIVER SHIPPING LTD** 5101761
FIC BASIN SHIPPING (HK) LTD

**ROYAL LTD** 5189860
MARITIME SEA TOKYO BRANCH

**SEA FISH** 5164221
., 1, Ancien port de Peche, Agadir, Morocco.
3 7483 2137, Fax: +212 8 841674
  8800432 MOR   222 1988 fs

**SHIPHOLDING SA** 5186896
INE SHIPMANAGEMENT PTE LTD

**STRATEGIC LTD** 1818960
Building, PO Box 438, Road Town, Tortola, British Virgin Islands.
  7512818 PAN   1,298 1976 gc
  7650268 HON   1,350 1976 gc

**STREAM SHIPPING CO LTD** 5200856
TRANSFORWARD

**TARGET SHIPPING LTD** 5213959
A CORP

**VISION MEDIA CO LTD** 1938043
hossapoland Building, 947/22, Moo 8, Bangna-Trat Road, Bangna,
mong, Bangkok, 10260, Thailand.
No.3   8122672 THA   698 1982 pt

**WHEEL SHIPPING INC** 1514138
IING PROVINCE STEAMSHIP CO

**BEAM INTERNATIONAL LTD** 1236681
02-4, 26th Floor, Yardley Commercial Building, 1-6, Connaught Road West,
ng, China.
545 0951, Fax: +852 2541 9794, Telex: 82535goldc
tering@jinhuiship.com
rs for the following:
MARINE INC
ARINE INC   9278820 HKG   30,651 2005 bu
MARINE INC   9214094 HKG   28,707 2000 bu
ARINE INC   9214111 HKG   28,707 2001 bu
  9355484 HKG   40,086 2006 bu
ARINE INC   9214082 HKG   28,707 2000 bu
MARINE INC
  9237204 HKG   27,993 2001 bu
INE INC   9214109 HKG   28,707 2001 bu
MARINE INC
  9240079 HKG   28,707 2002 bu
B MARINE INC
NG   9342762 HKG   29,407 2006 bu
ARINE INC   9294214 HKG   29,407 2004 bu
MARINE INC
U   9237216 HKG   27,993 2004 bu

**N ADVENTURE SHIPPING SA** 5249095
ANT MARINE SA

**N AHAR LTD** 0970363
loor, Defence Colony Flyover, New Delhi, Delhi, 110024, India.
I STAR I   8512712 IND   115 1986 fs
I STAR II   8512724 IND   115 1987 fs

**GOLDEN ALASKA SEAFOODS INC** 1158671
Suite 707, 2200, 6th Avenue, Seattle WA 98121-1896, USA.
Tel: +1 206 441 1990, Fax: +1 206 441 8112, Telex: 283802gasf
GOLDEN ALASKA   7229710 USA   3,706 1972 ff

**GOLDEN ALPINE MARITIME PTE LTD** 1959000
See GLORY SHIP MANAGEMENT PTE LTD

**GOLDEN ANCHOR LTD** 1772743
102, Iroon Politechniou Avenue, 185 36 Piraeus, Greece.
Tel: +30 210 428 6203, Fax: +30 210 428 6202
Email: goldanch@otenet.gr
As Managers for the following:
LUCKY STRIKE ENTERPRISES SA
TRADER I   7624001 PAN   8,188 1977 ro

**GOLDEN ARROW MARINE SA** 1762971
24/3, Soi 23, Sukhumwit Road, Khlongtoey, Phrakhanong, Bangkok, 10110, Thailand.
Tel: +66 2 258 0157, Fax: +66 2 664 0150
Email: www.goldenarrow.bizland.com
As Managers for the following:
BRILLIANT REEFER LINE SA
BLISSFUL REEFER   5296795 PAN   1,289 1982 fc
CHAINAVEE REEFER LINE SA
CHAINAVEE REEFER   7637591 PAN   2,989 1980 fc
CHEMICAL ENERGY TRADING CO LTD
MARCELLE 1   7525736 PAN   1,495 1976 pg

**GOLDEN BAY CEMENT CO LTD** 0675860
Level 2, Jack Smith House, 816, Great South Road, Penrose, PO Box 1359, New Zealand.
Tel: +64 9 303 1682, Fax: +64 9 525 9202
Email: info@goldenbay.co.nz, Web: www.goldenbay.co.nz
As Managers for the following:
FLETCHER CONCRETE AND INFRASTRUCTURE LTD
GOLDEN BAY   7720257 NZL   3,165 1979 ce

**GOLDEN BAY SHIPPING PTE LTD** 1520729
29-01, The Concourse, 300, Beach Road, Singapore. 199555
Tel: +65 6297 1100, Fax: +65 6298 8883
See GOLDEN ISLAND DIESEL OIL TRADING PTE LTD
As Managers for the following:
TAN SOON HIN
OVERSEAS UNITED   8151386 TLU   339 1975 pt

**GOLDEN BEACH SHIPPING LLC** 1841153
Al Reem Tower, Deira, Dubai, United Arab Emirates.
Tel: +971 4 224 1995, Fax: +971 4 224 1960
Correspondence Address: PO Box 30837, Dubai, United Arab Emirates.
Tel: +971 4 222 2902, Fax: +971 4 222 2903
DANIAL   9089504 PAN   499 1994 lc
As Managers for the following:
GOLDEN BEACH SHIPPING LLC & AL ABER GENERAL TRADING
AL ABER   8888161 SKN   368 1995 sv

**GOLDEN BEACH SHIPPING LLC & AL** 5134527
**ABER GENERAL TRADING**
See GOLDEN BEACH SHIPPING LLC

**GOLDEN BOND NAVIGATION SA** 0655751
See TOEI KAIUN KK

**GOLDEN BRANDY INC** 1377485
PO Box 623, Bayou La Batre AL 36509-0623, USA.
RIPTIDE   8938643 USA   113 1994 fs
TRI STAR II   8308575 USA   134 1983 fs

**GOLDEN BRIDGE SHIPPING CO LTD** 5002249
See SHANGHAI CP INTERNATIONAL SHIP MANAGEMENT & BROKER CO

**GOLDEN BRIDGE SHIPPING CO LTD** 5147718
Labogon, Mandaue City, Cebu, 6014, Philippines.
DONA CONSUELO 1   8425658 PHI   362 1977 lc
SOCOR 1   8944941 PHI   200 1990 lc

**GOLDEN CARRIERS SHIPPING SA** 1890585
13, Poseidonos Avenue, Vouliagmeni, 166 71 Athens, Greece.
Tel: +30 210 896 4924, Fax: +30 210 896 4925, Telex: 214000gold
Email: goldengr@otenet.gr
As Managers for the following:
GOLDEN SUNRISE MARITIME SA
GOLDEN SUNRISE   8110655 PAN   12,691 1982 pt
NAUTICAL HEART MARITIME SA
VENUS   7913464 PAN   12,666 1980 pt

**GOLDEN CASCADE CORP** 4016497
See SHANGHAI OCEAN SHIPPING COMPANY (COSCO SHANGHAI)

**GOLDEN CHEMICAL TANKERS SA** 4006341
See NISSHO ODYSSEY SHIP MANAGEMENT PTE LTD
See NISSHO SHIPMANAGEMENT PTE LTD

**GOLDEN COAST INTERNATIONAL** 5278737
**TRADING LTD**
See GLORY SHIPS CO LTD

**GOLDEN CONCORD** 5170136
**DEVELOPMENT CORP**
See NEVA SHIPMANAGEMENT LLC

**GOLDEN CREST INTERNATIONAL CORP** 5192926
See NEVA SHIPMANAGEMENT LLC

**GOLDEN CREST MARITIME PTE LTD** 5032203
See GLORY SHIP MANAGEMENT PTE LTD

**GOLDEN CROWN SHIPPING CO** 1718789
PO Box 32215, Dubai, United Arab Emirates.
Tel: +971 4 271 0303, Fax: +971 4 271 3106, Telex: 45724gcrown
Email: goldcrwn@emirates.net.ae
GAMAN   6914576 UAE   1,906 1969 pt
As Managers for the following:
DELEGATE SHIPPING SA
SONATA   8004521 MAI   29,864 1982 pt
ODEC SHIPPING CO
GAZELLE   8117079 LIB   37,895 1983 ot

**GOLDEN CRUISES LTD** 5098201
See MANO MARITIME LTD

**GOLDEN CRYSTAL INC** 5163372
See NEVA SHIPMANAGEMENT LLC

**GOLDEN CRYSTAL MARITIME PTE LTD** 1764831
See GLORY SHIP MANAGEMENT PTE LTD

**GOLDEN DAWN LLC** 1951636
234, Gold Street, Juneau AK 99801-1211, USA.
GOLDEN DAWN   7915890 USA   435 1979 fs

**GOLDEN DENA CORP** 4100978
See THOME SHIP MANAGEMENT PTE LTD

**CV GOLDEN DRAGON** 5201032
Jalan Jendral Ahmad Yani 14, Jakarta, Indonesia.
GOLDEN DRAGON   8995847 IDA   146 1982 pg

**GOLDEN DREAM MARITIME SA** 4074281
See NISSHO SHIPPING CO LTD

**GOLDEN DYNASTY MARITIME PTE LTD** 1927843
See GLORY SHIP MANAGEMENT PTE LTD

**GOLDEN ENERGY MANAGEMENT SA** 4084190
2, Gamma Street, 167 77 Athens, Greece.
Tel: +30 210 894 5110, Fax: +30 210 898 1601
Email: tankers@goldenenergy.gr
As Managers for the following:
EAST MOON SA
ENERGY COMMANDER   9275658 IOM   42,011 2004 pt
FLAMENCO NAVIGATION CORP
ENERGY PRIDE   9278052 IOM   30,008 2004 ct
GEORGIA MARINE CORP
ENERGY CHALLENGER   9288265 IOM   42,011 2005 ct
MONTANA MARINE CORP
ENERGY CHAMPION   9288356 IOM   42,011 2005 ct
NEVADA MARINE CORP
ENERGY CHANCELLOR   9292606 IOM   42,011 2005 ct
UNIQUE NAVIGATION CORP
ENERGY PROTECTOR   9278064 IOM   30,008 2004 ct
WELLINGTON SHIPPING CO SA
ENERGY POWER   9281932 IOM   30,008 2005 ct
WEST MOON SA
ENERGY CONQUEROR   9275660 IOM   42,011 2004 pt

**GOLDEN ESTUARY CORP** 5022136
See SOCIETE D'ARMEMENT ET DE TRANSPORT (SOCATRA)

**GOLDEN FISH CO LTD (OOO 'GOLDEN** 1884326
**FISH')**
Chernomorskiy, Krym, Ukraine.
KOMETA GALLEYA   8722812 UKE   738 1987 fs
RUZA   8860602 UKE   239 1953 pt

**OOO 'GOLDEN FISH'** 5143573
ul Portovaya 1, 238540 Pionerskiy, Kaliningradskaya Oblast, Russia.
Tel: +7 0115 5 21639, Fax: +7 0115 5 21183
Email: katya@pborf.kaliningrad.ru
ATIYA   8723749 RUS   359 1988 fs
BERKLY   8227824 UNK   737 1984 fs
DEYMA   8728593 UNK   746 1984 fs
DIOMED   8730041 RUS   359 1989 fs
IZMAYLOVO   8826395 RUS   359 1989 fs
KAPITAN SHCHUKIN   7611195 RUS   164 1975 pt

**GOLDEN FJORD CORP** 4051752
See V SHIPS (UK) LTD

**GOLDEN FLAG MARINE MANAGEMENT** 5098903
See NAVISPEC MARINE SERVICES SA

**GOLDEN FLAME MARINE SA** 5117811
See COSMOSHIP MANAGEMENT SA

**GOLDEN FLAME SHIPPING SA** 2050042
116, Kolokotroni Street, 185 35 Piraeus, Greece.
Tel: +30 210 428 6800, Fax: +30 210 452 0162, Telex: 212628sall
Email: gfshipping@gfshipping.com
As Managers for the following:
AEGOKEROS SHIPPING CO SPECIAL MARITIME ENTERPRISE (ENE)
SAMJOHN LIGHT   9074688 GRC   38,077 1994 bu
BRAVE SHIPPING CO ENE
SAMJOHN LIBERTY   9149029 GRC   38,846 1998 bu
KRIOS SHIPPING CO LTD
SAMJOHN UNITY   9149017 GRC   38,846 1998 bu
OKEANOS MARITIME CORP
SAMJOHN CAPTAIN   8317277 GRC   35,208 1985 bu
TOXOTIS SHIPPING CO SPECIAL MARITIME ENTERPRISE (ENE)
SAMJOHN SPIRIT   9074676 GRC   38,077 1994 bu

**GOLDEN FLEECE MARITIME INC** 1715705
See LIQUIMAR TANKERS MANAGEMENT INC

**LINEA B SA** 4018737
Avenida Gral San Martin 840, Ushuaia, Tierra del Fuego, Argentina.
EZEQUIEL M. B. 9065259 ARG 200 1993 ps

**COMPANIA NAVIERA LINEA PAULEMA S DE RL** 1202953
Tegucigalpa, MDF, Honduras.
CAPTAIN JEAN 5134181 HON 295 1958 gc

**LINEA PENINSULAR INC** 1332237
Suite 215, 5323, W Highway 98, Panama City FL 32401-1003, USA.
Tel: +1 850 522 4500, Fax: +1 850 785 0359, Telex: 6976007
Web: www.lineaships.com
Correspondence Address: PO Box 16239, Panama City FL 32406-6239, USA.
151A, Calle 25 Col Centro, Progreso, Yucatan, Mexico.
Tel: +52 969 935 5519, Fax: +52 969 935 5515
As Managers for the following:
  FORUM TREND SHIPPING LTD
    JUAN DIEGO 9006954 CYP 1,960 1993 cg
  GLOBALCHOICE SHIPPING LTD
    GUADALUPE II 8518558 CYP 1,899 1986 cg
  HIGHTREND SHIPPING LTD
    KOPERSAND 9084487 CYP 1,980 1993 cg
  NEWOCEAN SHIPPING LTD
    PROGRESO 9001837 CYP 1,960 1991 cg
  OCEANACE SHIPPING LTD
    CAMPECHE BAY 9167980 CYP 2,039 1998 cg
  SEARECORD SHIPPING LTD
    BIENVILLE 9073854 CYP 1,960 1993 cg

**LINEA SA** 1867756
Muelle Terminales Maracaibo Lagunillas, Edo. Zulia, Venezuela.
Correspondence Address: Apartado Postal 98, Ciudad Ojeda, Edo. Zulia, Venezuela.
AUTANA 9142734 VEN 120 2001 tg

**LINEAS DE PACIFICO** 1305436
Block 03-201, Calle 22A Sur 41B-47, Medellin, Colombia.
SANTIAGO 8137366 COL 171 1954 rf

**LINEAS FEEDER SA** 1555101
9th Floor, Calle 25 de Mayo 277, Buenos Aires, Argentina.
Tel: +54 11 4343 3787, Fax: +54 11 4343 3320
PARAGUAY FEEDER 6805282 PAR 499 1967 cg
PARANA FEEDER 7027758 PAR 1,481 1970 cg
URUGUAY FEEDER 7530250 PAR 2,245 1976 cg

**LINEAS MARITIMAS ESPANOLAS SA** 0370057
See FLOTA SUARDIAZ SA

**LINEE LAURO SPA** 1645775
Via Francesco Caracciolo 11, 80122 Napoli, Italy.
Tel: +39 081 551 3352, Fax: +39 081 5761 4250, Telex: 720354
Email: direzione@lineelauro.it, Web: www.lineelauro.it
Via Roma 1, 80078 Pozzuoli NA, Italy.
Tel: +39 081 761 1004, Fax: +39 081 761 4250
AGOSTINO LAURO 5184277 ITL 496 1935 rf
CITTA DI ABBAZIA 5073210 ITL 369 1939 rf

**P/F LINE-FISH** 1711322
See PAULI VILHELM DJ

**LINEHAULERS FISHING LTD** 1984484
Victoria, Mahe Island, Seychelles.
ADMIRAAL DE RUITER 7325332 SEY 243 1973 fs

**LINERS FISHING LTD** 5083279
See ADAM & CO LTD

**LINES & TACKLES SDN BHD** 1920510
See SIN SOON HOCK SDN BHD

**LING MARITIME INC** 5080610
See TANKER PACIFIC MANAGEMENT (SINGAPORE) PTE LTD

**LINGARD SEAWAYS** 5234019
San Lorenzo, Valle, Honduras.
JAMAA 7311800 HON 1,169 1973 rf

**FISKERISELSKABET LINGBANK APS** 5224485
Correspondence Address: Havremarken 41, 7730 Hanstholm, Denmark.
Tel: +45 97 96 21 52
LINGBANK 8508307 DEN 493 1985 fs

**LIAO LINGCHANG** 5280548
See DALIAN MINGFA FISHERY SHIPPING CO LTD

**LINGCO MARINE SERVICES PTE LTD** 4035991
See BROMPTON INVESTMENTS PTE LTD

**LINGCO SHIPBUILDING PTE LTD** 4017345
12-314/5, The Plaza, 7500A, Beach Road, Singapore. 199591
BESTWIN 138 9421026 SNG 138 2006 tg

**LINGCOTUG PTE LTD** 1538589
Suite 13-08, Parkway Parade Tower, 80, Marine Parade Road, Singapore. 449269,
Tel: +65 6348 1077, Fax: +65 6440 7149
Email: lingcotug@pacific.net.sg
BARITO DUNIA 9169433 SNG 218 1997 tg
LM HARMONY 9278208 SNG 159 2002 tg
LM LEOPARD 9243643 SNG 138 2000 tg
LM MARINER 6 9256717 SNG 123 2001 tg
LM PACIFIC 9291860 SNG 222 2003 tg
LM PRIMA 9241023 SNG 145 2000 tg
LM UNION 9224031 SNG 135 1999 tg
LM VENTURE 9138537 SNG 105 1995 tg
LM VICTORY 9380960 SNG 196 2006 tg

**'LINGE TRADER' BEHEER BV** 5282337
See REIDER SHIPPING BV

**LINGFENG SPACE SHIPPING CO LTD** 5165436
7th Floor, Kin Cin Commercial Building, 49-51, Jervois Street, Central District, Hong Kong, China.
Tel: +852 2543 0881, Fax: +852 2543 0882
HAO HAI 7805849 BZE 1,193 1978 gc
As Managers for the following:
  TINYI SHIPPING CO LTD
    TIN YI 7827952 CMB 1,371 1978 gc

**PT LINGGA MARINTAMA** 1815041
Block DI, Pusat Niaga Roxy Mas, Jalan K.H. Hasyim Asyhari 8, Jakarta, Indonesia.
Jalan P. Antasari 40, Pangkalanbuun, Indonesia.
Tel: +62 532 21237, Fax: +62 532 21386
Jalan Rantauan Keliling Ilir 248, Banjarmasin, Indonesia.
KARYA MANDIRI 8519538 IDA 1,302 1986 gc
OCEAN RAIDER 14 9332119 IDA 250 2004 tg
OCEAN RAIDER 15 9334636 IDA 211 2004 tg

**LINGONT SA** 1903295
Calle Piedras 513, Montevideo, Uruguay.
ILLA DE RUA 8318570 URG 577 1983 fs

**LINGVEST JOINT STOCK CO** 1699196
ul Kausinena 5, 123306 Moscow, Russia.
Tel: +7 495 946 7540, Fax: +7 495 943 7569
ZENIT 8330807 RUS 104 1983 fs

**LINHAI SHIPPING CO LTD** 5075747
See WANZHOU SHIPPING SA

**PT LINI JAYA SHIPPING** 0313155
Jalan Perak Timur 30, Surabaya, 60164, Indonesia.
ANUGERAH PERMAI 7426916 IDA 326 1967 gc

**LINK ALL MARINE PTE LTD** 5243652
06-05, Biztech Centre, 627A, Aljunied Road, Singapore. 389842
PROGRESS UNISON 9251793 SNG 258 2001 tg

**LINK CARRIERS SA** 0593708
See LINK SHIPPING CO INC

**LINK INVESTMENT CO** 5010439
See ALPHA TANKERS & FREIGHTERS INTERNATIONAL LTD

**LINK MARINE PTE LTD** 5051931
36-01, Milennia Tower, 1, Temasek Avenue, Singapore. 039192
Tel: +65 6880 9720, Fax: +65 6535 8077
Email: lmpl@linkmarine.com.sg
As Managers for the following:
  ANAND SEA SHIPPING CO
    ANAND SEA 7917915 MAI 122,447 1981 ot
  FAITH IV PTE LTD
    FAITH IV 8316235 SNG 39,131 1987 ot
  OLYMPIC SHIPPING PTE LTD
    OLYMPIC 8106032 SNG 36,953 1982 ot
  PEBBLE BEACH SHIPPING LTD
    AUGUSTA 7810296 HKG 41,980 1981 bu

**LINK MARITIME & TRADING SA** 5067044
See SAN-MAR SHIPPING LTD

**LINK OCEAN SHIPPING SA** 5109722
See HANOI MARITIME HOLDING CO (MARINA HANOI)
See INTERNATIONAL TRANSPORTATION AND TRADING JOINT STOCK COMP

**LINK SHIPPING & TRADING INC** 5090267
PO Box 21062, Dubai, United Arab Emirates.
BEBA 7004421 PAN 1,497 1969 pt

**LINK SHIPPING & TRADING INC** 5144541
Panama.
GLOBAL 7051163 UNK 1,034 1970 pt

**LINK SHIPPING CO INC** 0619555
(Last known address)
220, Pilar Street, Mandaluyong, Manila, Philippines.
Tel: +63 2 782817, Telex: 7423117
As Managers for the following:
  LINK CARRIERS SA
    LINK UNO 6517378 PAN 993 1965 ct

**LINKS ISLAND HOLDINGS LTD** 1851469
B1-01, Kembangan Plaza, 18, Jalan Masjid, Singapore. 418944
Tel: +65 6746 2708, Fax: +65 6746 9208
Email: seasand@singnet.com.sg
  BINTANG HARAPAN 7330777 MAL 1,431 1973 bu
As Managers for the following:
  JLM MARINE PTE LTD
    BINTANG HARMONI 8221060 HON 359 1982 bu
  LLM MARINE PTE LTD
    PROFIT 18 9055527 UNK 123 1992 tg
  SLM HOLDINGS PTE LTD
    BINTANG LESTARI 8717673 UNK 320 1988 bu

**LINKS LINES LTD** 1465853
8th-10th Floors, 24A, Campbell Street, Lafiaji, PO Box 80320, Lagos, Nigeria.
PERSEVERANCE 5417088 NIG 1,273 1963 gc

**LINKWAY SHIPPING INC** 5138326
See SHENZHEN DAXI MARINE SHIPPING CO LTD

**LINKWAY SHIPPING CO LTD** 4099475
See DALIAN FIVE RESOURCES SHIPPING CO LTD

**LINMAC - LINHAS MARITIMAS** 
Dr. Joao Battista Ferreira Medina, Praia, Cape Verde.
Tel: +238 614099
JENNY 6818928 RCV

**LINMAR SEA CORP INC SA** 
See ANTONIO CONDE Y COMPANHIA LDA

**PARTENREEDEREI MS 'LINNAU'** 
See REEDEREI ERWIN STRAHLMANN

**LINNEA SHIPPING A/S** 
Strandveien 50C, 1366 Lysaker, Norway.
Technical Address: Strandvagen 24, 457 72 Grebbestad, Sweden.
LINNEA 7922295 NIS
As Managers for the following:
  VADERO SHIPPING LTD
    MARELD 9297204 NIS
  REDERI AB VADEROTANK
    MARISP 9260380 NIS

**LINOPERAMATA SHIPPING CO** 
Iraklion, Greece.
Tel: +30 281 841242
LINOPERAMATA 6607408 GRC

**PT LINTAS BAHARI NUSANTARA** 
Jalan Pinisi Raya 2, Jakarta, Indonesia.
INTAN SAMUDRA 8707915 IDA

**PT LINTAS GLOBAL ARMADA** 
Jalan Patimura 209C, Pontianak, Indonesia.
GLOBAL I 8995548 IDA
LIGA III 9049578 IDA

**PT LINTAS IRAMASUKA** 
Jalan Kalangat 96, Surabaya, Indonesia.
PULAU YAPEN 8329098 IDA

**PT LINTAS LAUT SERVICES** 
Jalan Alun-Alun Priok 27, Surabaya, 80177, Indonesia.
Tel: +62 31 329 2288, Fax: +62 31 329 9047
MANDIRI BORNEO 9407706 IDA

**PT LINTAS SARANA NUSANTARA** 
Jalan Ikan Kerapu 23, Surabaya, Indonesia.
ARJUNA 7409499 IDA
BHAITA CATURTYA 8827325 IDA
EDHA 7204631 IDA
TRISNA DWITYA 7397294 IDA

**COMPANIA NAVIERA LINZIE SA** 
See MEDITERRANEAN SHIPPING CO SA

**LIOKOURAS IOANNIS OF MICHAIL** 
Piraeus, Greece.
KASOS 8928571 GRC

**LION INTERNATIONAL SHIPPING CO LTD** 
141-150, Namhang-dong 3-ga, Yeongdo-gu, Busan 606-033, South K
TORO 7516254 PAN

**LION SHIPPING INC** 
See EISENCORP

**LIONMAN LTD** 
See BOYD LINE MANAGEMENT SERVICES LTD

**LIPA SHIPPING INC** 
See REEDEREI STEFAN PATJENS GMBH & CO KG

**LIPO JAYA SHIPPING CO LTD** 
3rd Floor, 27, Jalan Maju, 98008 Sibu, Sarawak, Malaysia.
Tel: +60 84 257921, Fax: +60 84 312516
LIPO JAYA 8960062 MAL

**LIPOLAR MANAGEMENT LTD** 
Suite 32, 3rd Floor, Achilleos Building, 224, Arkhiepiskopou Makariou,
Ylionia, 3030 Limassol, Cyprus.
Tel: +357 2574 8655, Fax: +357 2574 8922, Telex: 4902polar
Email: lipolar@cytanet.com.cy
PO Box 53016, 3090 Limassol, Cyprus.
As Managers for the following:
  DELENA NAVIGATION LTD
    CARIBBEAN LADY 8509521 MTA
  EPPS SHIPPING CORP
    CARIB VISION 7636561 LIB

**LIPPI SHIPPING CO LTD** 
See CIEL SHIPMANAGEMENT SA

**LIQUID GAS PHILIPPINES INC** 
See INTER-ISLAND GAS SERVICE INC

**LIQUIMAR TANKERS MANAGEMENT INC** 
3, Alpekis Street, 106 75 Athens, Greece.
Tel: +30 210 726 7500, Fax: +30 210 720 9996, Telex: 224187liqmr
Email: main@liquimar.gr, Web: www.liquimar.gr
As Managers for the following:
  EVRIDIKI NAVIGATION LTD
    EVRIDIKI 9318137 LIB
  GOLDEN FLEECE MARITIME INC
    ELLI 8420206 LIB
  ISLANDER MARITIME SA
    HIGH NEFELI 9236640 GRC
  OCEAN SPIRIT MARITIME CO
    AFRODITI 7925730 MAI

# LIST OF SHIPOWNERS 2007-2008

**PONTIAN SHIPPING CO**
FRIXOS  8420218  LIB  54,880  1987  ot
**PORT JACKSON SHIPPING CO**
GEMINI  8020288  LIB  37,405  1983  ot
**SCHINOUSA SHIPPING CO LTD**
BRIAMOS  8106446  LIB  37,595  1983  ot
**SEA ANEMONE NAVIGATION LTD**
ANTIGONI  8005575  MAI  50,772  1982  ot
**SEA TIGER NAVIGATION LTD**
CRESTIS  8005563  MAI  50,772  1982  ot

**LIQUIMARINE GANDRIA CHARTERING AS**  1858072
See HOEGH FLEET SERVICES AS

**LIRGOLD INTERNATIONAL CORP**  1853845
Panama City, Panama.
CARLITA  7036412  BOL  284  1970  fs

**P/R LIS KEMI**  1454346
See DENNIS KRISTIANSEN

**LIS SHIPPING LTD**  5097349
ul. Lenina 42, 87515 Mariupol, Donetsk Oblast, Ukraine.
Tel: +380 629 543474, Fax: +350 629 543475
Email: info@lisship.com
As Managers for the following:
EAST LINE SHIPPING LTD
UMBA  8624278  SVC  4,911  1986  gc
LS SHIPPING LTD
SOGRA  8848408  SVC  4,966  1991  cg
WESTERN SHIPPING LTD
ZOITSA  7701043  SVC  15,856  1978  bu

**REDERIET LIS WEBER APS**  5082355
See C J HELT & CO

**LISA MARIE FISHERIES LLC**  1945765
01, Calista Court, Anchorage AK 99518-3028, USA.
Tel: +1 907 644 0341
LISA MARIE  9138018  USA  171  1996  fs

**LISA MELINDA FISHERIES INC**  0727529
11, NE 6th Street, Newport OR 97365-2805, USA.
correspondence Address: PO Box 1650, Newport OR 97365-0121, USA.
LISA-MELINDA  7732690  USA  156  1977  fs

**LISA NAVIGATION CO LLC**  1868944
See APEX MARINE CORP

**LISA S' GMBH & CO KG**  5282871
See BMS LUBECK SCHIFFAHRTSGES MBH

**COMPANIA NAVIERA LISA SA**  5116021
See MEDITERRANEAN SHIPPING CO SA

**MS 'LISA SCHULTE' SHIPPING GMBH & CO KG**  5291145
See REEDEREI THOMAS SCHULTE GMBH & CO KG

**LISA SEA CORP**  1635045
See OCEAN RESOURCE MANAGEMENT

**LISA SHIPPING PTE LTD**  1606601
See RAFFLES SHIPMANAGEMENT SERVICES PTE LTD

**LISA SPECIAL MARITIME ENTERPRISE (ENE)**  5135692
See MINERVA MARINE INC

**LISANDRE SHIPPING INC**  5168444
See CHEMIKALIEN SEETRANSPORT GMBH

**PC LISBAN SA**  5151114
See LUIS DELGADO  8330138  SPN  164  1958  tg

**L'- ADMINISTRACAO DO PORTO DE LISBOA (PORT OF LISBON AUTHORITY)**  4018198
da Junqueira 94, 1300-344 Lisboa, Estremadura, Portugal.
Tel: +351 21 346 2321, Fax: +351 21 346 2203, Telex: 18525porti
VETISTA  9080833  PTG  103  1996  tg

**CIEDADE COOPERATIVA DOS ATRAEIROS DO PORTO DE LISBOA**  0401418
Avenida 24 de Julho 96, 1200-870 Lisboa, Estremadura, Portugal.
Tel: +351 21 397 2606
OMO  6523963  PTG  212  1996  tg
OZ DO LIMA  5118981  PTG  204  1953  tg

**REEDERUNGS UND SCHIFFAHRT MBH & CO MS 'LISBON' KG**  5056994
See NIEDERELBE SCHIFFAHRTSGESELLSCHAFT MBH & CO KG

**CIEDADE LISBONENSE DA PESCA DA ACALHAU LDA**  0908744
Avenida Fernao de Magalhaes 584, 3002-174 Coimbra, Beira Litoral, Portugal.
Tel: 39 25137, Fax: +351 39 29388
ONES  7713113  PTG  198  1978  fs
R SALGADO  9039781  PTG  172  1992  fs

**BONTUGS - COMPANHIA DE EBOCADORES, SA**  5015514
Direito, Avenida 24 de Julho 94, 1200-870 Lisboa, Estremadura, Portugal.
Tel: 21 394 2880, Fax: +351 21 394 2889
EBOCALIS LDA -REBOCAGEM E ASSISTENCIA MARITIMA LTD

---

As Managers for the following:
SVITZER LISBOA - REBOCADORES E SERVICOS MARITIMOS
SVITZER LEIXOES  8000848  PTG  255  1981  tg
SVITZER LISBOA  8111495  PTG  251  1982  tg

**ANDERS LISBORG**  1763776
430 60 Ockero, Sweden.
SILVERVAG  6905264  SWD  193  1969  fs

**GIUSEPPE LISMA E GIACOMO ASARO**  0211640
Via Enrico Mattei 8, 91026 Mazaro del Vallo TP, Italy.
Tel: +39 0923 652564
ALISEO  8112469  ITL  230  1982  fs

**LISMA SRL**  1567695
Via Enrico Mattei 8, 91026 Mazaro del Vallo TP, Italy.
Tel: +39 0923 652564, Fax: +39 0923 652587
GHIBLI PRIMO  7351410  ITL  199  1973  fs

**LISMAR PTY LTD**  4000885
See R C SLATER & CO

**LISMAR SHIPPING CORP**  1498636
See EMPRESA CONSTRUCTORA DE OBRAS MARITIMAS DEL MICONS

**LISNAVE INFRAESTRUTURAS NAVAIS SA**  1671431
Avenida Antonio Augusto de Aguiar 163-3E, 1050-014 Lisboa, Estremadura, Portugal.
See REBOCALIS LDA -REBOCAGEM E ASSISTENCIA MARITIMA LTD
ALPENA  7385069  PTG  258  1974  tg

**LIBYAN SPANISH FISHING CO (LISPAFISH)**  0641766
PO Box 10765, Tripoli, Libya.
Tel: +218 21 444 6949, Fax: +218 21 333 7229, Telex: 20898mwufx
ARRABITA  8918875  LBY  276  1991  fs
BRAK  7634161  LBY  269  1980  fs
EL KOFRA  7634123  LBY  269  1978  fs
KABAO  7634159  LBY  269  1979  fs
LIBDA  7634147  LBY  269  1978  fs

**LISS MARITIME INC**  5235207
See QFER (SHIPS HOLDING) LTD

**LISSA NAVIGATION CO**  4085388
See MARFIN MANAGEMENT SAM

**LISSOS SHIPPING PTE LTD**  1951021
See DANAOS SHIPPING CO LTD

**MS 'LISSY SCHULTE' SCHIFFSBETRIEBS-GMBH & CO**  1918655
See VORSETZEN BEREEDERUNGS UND SCHIFFAHRTSKONTOR GMBH & CO KG

**MS 'LIST' GMBH & CO KG**  5260559
See REEDEREI ECKHOFF KG

**SYARIKAT LISTA SDN BHD**  4034122
PO Box 113, 87007 Labuan, Malaysia.
LABUAN EXPRESS LIMA  8960775  MAL  179  2000  ps
LABUAN EXPRESS TIGA  9137662  MAL  210  1995  ps

**LISTRAUM KS**  1213649
See UTKILEN AS

**MS 'LITA' SCHIFFAHRTS MBH**  5188685
See JOHANN M K BLUMENTHAL GMBH & CO KG

**LITAS LIKID TASIMACILIK AS**  1347778
See ALFA TANKER TASIMACILIK SANAYI VE TICARET AS

**MADAM LITAWATI**  0768641
Panama City, Panama.
OCEAN THREE  5323380  PAN  186  1961  tg

**LITE SHIPPING CORP**  0559318
3rd Street, North Reclamation Area, Cebu City, Philippines.
NOUMI No. 8  7854618  PHI  284  1969  ps
OUR LADY OF THE BRGY 1  8622232  PHI  295  1983  cp
SAN RAMON DE BORJA  7225659  PHI  493  1972  ps
STO. NINO DE SOLEDAD  8427400  PHI  249  1989  gc

**LITEWEIGHT MARINE TRANSPORT**  1951724
5320, Orcas Road, Eastsound WA 98245-9370, USA.
LITEWEIGHT  7619745  USA  116  1954  su

**LITHIUM SUNSET CORP AVV**  5117634
See NAVIERA TRANSPAPEL CA

**LITHUANIAN LABORATORY OF MARINE RESEARCH**  1493207
Taikos pr 26, 91222 Klaipeda, Lithuania.
Tel: +370 46 410450, Fax: +370 46 410460
Email: cmr@klaipeda.omnitel.net
VEJAS  7833016  LTH  763  1980  re

**LITHUANIAN STATE PISCICULTURE & FISHERY RESEARCH CENTRUM, FISHERY RESEARCH LABORATORY**  1606937
Smiltynes g 1, 93100 Klaipeda, Lithuania.
DARIUS  9100956  LTH  117  1993  fs

**LITOHORO SHIPPING SA**  5213260
See DST SHIPPING INC

---

**DISTRIBUIDORES DEL LITORAL LTDA**  19
Office 402, Carrera 13 73-33, Bogota, Colombia.
Tel: +57 1 248 2794, Fax: +57 1 248 2794.
DON MAURICIO  8423404  COL  198  1

**LITTLE ANDY INC**  13
1344, Lantana Lane, Brownsville TX 78521-8621, USA.
ANDY JR.  7515680  USA  114  19

**LITTLE DAVID GULF TRAWLER INC**  407
915, Broadway Street, Port Lavaca TX 77979-2711, USA.
LITTLE DAVID  9243045  USA  139  20

**LITTLE ERNIE GULF TRAWLER INC**  407
915, Broadway Street, Port Lavaca TX 77979-2711, USA.
LITTLE ERNIE  9243057  USA  140  20

**LITTLE HOMER INC**  197
915, Broadway Street, Port Lavaca TX 77979-2711, USA.
MISS LORI ANN  8970512  USA  126  20

**LITTLE LAHAVE TRAWLERS LTD**  184
PO Box 1570, Digby NS B0V 1A0, Canada.
FUNDY COMMANDER  8993459  CAN  145  20
GYPSY MARINER  8222604  CAN  102  19
MASTER MARINE II  8967474  CAN  135  20

**LITTLE LANDINGS INC**  194
1209, N Orange Street, Wilmington DE 19801-1120, USA.
CAROLINE M  7201770  USA  131  19
JAMIE LEIGH  8030518  USA  138  19

**NORMAN R LITTLE**  137
PO Box 520848, Big Lake AK 99652-0648, USA.
Tel: +1 907 892 7410
KATHERINE  7938220  USA  142  19

**LITTLESTAR INVESTMENTS LTD**  511
See ERIM JOINT STOCK CO (AO 'FRIM')

**LITTON GREAT LAKES CORP**  0370
(Last known address)
PO Box 6241, Erie PA 15512-6241, USA.
See INLAND LAKES MANAGEMENT INC

**LITTON SYSTEMS INC**  0370
100, W 10th Street, Wilmington DE 19801-6603, USA.
DEER ISLAND  7216220  USA  172  1966

**LIU WAN TAN**  1857
Malabo, Bioko Norte, Equatorial Guinea.
CHIN I WEN  8122294  EQG  590  1981

**LIU YONGFU**  5221
See GUO XING SHIP MANAGEMENT CO LTD

**PESQUERA EMPRESA INVERSIONES LIUCURA SA**  1976
Puerto Montt, Chile.
LIUCURA  8965945  CHL  117  1977

**PT LIUS INDAH ABADI**  5267
Jalan Gunung Merbabu 31, Samarinda, Indonesia.
LIUS BARU  9069621  IDA  178  2005
LIUS SAMUDRA  9029011  IDA  129  2005

**LIV A/S**  1941
See SIA WAGLE LTD

**LIVADA EDIKI NAFTIKI EPIHIRISI**  1963
See ANDRIAKI SHIPPING CO LTD

**LIVADIA MARITIME CORP**  5276
See AHRENKIEL SHIPMANAGEMENT GMBH & CO KG

**LIVARDEN APS**  1539
See JANUS ANDERSEN & CO

**LIVE OAK LLC**  3008
See A P MOLLER

**LIVERINA SHIPPING CO LTD**  5201
4th Floor, Meliza Court 229, Arkhiepiskopou Makariou III Avenue, Mesa Yitonia, 3105 Limassol, Cyprus.
See EUROAFRICA LINIE ZEGLUGOWE SP ZOO (EUROAFRICA SHIPPING LINES CO LTD)

**RAYMOND LIVERNOIS**  1658
7, Succotash Road, Wakefield RI 02879-5849, USA.
VIC-TER-RAE  8886383  USA  157  1984

**LIVERPOOL NAVIGATION PVT LTD**  1881
3rd Floor, 320-1/3, Galle Road, Colombo, Sri Lanka.
Tel: +94 11 257 7702, Fax: +94 11 257 7701
Email: livepol@lanka.com.lk
CITY OF DUBLIN  7113753  SRI  1,449  1971  g

**LIVERPOOL SHIPPING & INVESTMENT LTD**  5282
See ATLANTIC BULK CARRIERS LTD

**THE UNIVERSITY OF LIVERPOOL**  1448
PO Box 147, Liverpool, L69 3BX, United Kingdom.
Tel: +44 151 794 2000, Fax: +44 151 708 6502
Web: www.liv.ac.uk
ROAGAN  8133839  IOM  104  1982  n

© Lloyd's Register - Fairplay 200

# EXHIBIT 7

1

```
 1   85STSTSC                    Conference
     UNITED STATES DISTRICT COURT
 2   SOUTHERN DISTRICT OF NEW YORK
     ------------------------------x
 3
     ST SHIPPING & TRANSPORT, INC.,
 4
                     Plaintiff,
 5
              v.                          07 CV 11147 (SAS)
 6
     GOLDEN FLEECE MARITIME,
 7
                     Defendant.
 8
     ------------------------------x
 9                                       New York, N.Y.
                                         May 28, 2008
10                                       12:00 p.m.

11   Before:

12               HON. SHIRA A. SCHEINDLIN,

13                                       District Judge

14                     APPEARANCES

15   WAESCHE, SHEINBAUM & O'REGAN
          Attorneys for Plaintiff
16   BY:  JOHN FOSTER

17   LENNON, MURPHY & LENNON
          Attorneys for Defendant
18   BY:  PATRICK F. LENNON

19

20

21

22

23

24               SOUTHERN DISTRICT REPORTERS, P.C.

25                     (212) 805-0300
```

7

1  85STSTSC                    Conference
   assume that there's no objection to the substance of the order,
2  why don't I just submit a clean copy to chambers?
            THE COURT:  Fine.  When will that come?
3          MR. FOSTER:  I can do it later today or tomorrow
   morning, your Honor.
4          THE COURT:  Fine, I am going to sign it.  Okay.

5          MR. FOSTER:  Thank you very much, your Honor.

6          THE COURT:  Is there anything else that you have to

7  talk about in this case?

8          MR. LENNON:  Yes, I think the last status letter that

9  Mr. Foster put in jointly on both of our behalves putting the

10 case on the suspense docket also mentioned the fact that I'm

11 being retained by a third party that claims to own the funds

12 that have already been attached.

13         By way of background to that, there's many ways we can

14 go about --

15         THE COURT:  You're not appearing for Golden Fleece?

16         MR. LENNON:  I do represent Golden Fleece, but the

17 background to the involvement of the third party is pretty

18 simple.

19         THE COURT:  Background to what?

20         MR. LENNON:  The third party that I will also be

21 representing who is claiming that they own these funds that

22 Mr. Foster's clients attached.  It's quite simple.  The vessel

23 that we're talking about was sold by my clients to this third

24                 SOUTHERN DISTRICT REPORTERS, P.C.

25                      (212) 805-0300

8

85STSTSC                    Conference
1    party in Hong Kong.  At the closing there were some hang ups in
2    the closing, and apparently they entered a side agreement
saying any future payments of hire relating to this vessel,
3    even if made to my client, are assigned derivatively to the
buyer, and those are the payments that have been attached to
4    date.  So they'll come in and claim ownership to these funds

5    even though my client's name appeared in these transfer orders

6    for the electronic transfer funds.

7              THE COURT:  But if you win on behalf of this third-

8    party client then your other client would be subject to having

9    other funds attached.  It sounds like a bit of a conflict to

10   me.

11             MR. LENNON:  Not really.

12             THE COURT:  You say that, but basically one client's

13   gain is in some sense another client's loss because right now

14   the Golden Fleece -- let's say there has been no change in the

15   amount to be attached.  The Golden Fleece client's money, so to

16   speak, would be fully attached and therefore secured, nothing

17   further would be attached.  But if you win this thing, now the

18   next wire fund traveling through New York could get attached,

19   which is to your client's detriment.  So it sounds like you

20   have a conflict.

21             MR. LENNON:  But my client can't in good faith benefit

22   from the use of someone else's money to secure a claim against

23   them.

24                  SOUTHERN DISTRICT REPORTERS, P.C.

25                       (212) 805-0300