

**Lennon, Murphy & Lennon, LLC**
ATTORNEYS AT LAW

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070
www.lenmur.com

Tide Mill Landing
2425 Post Rd, Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615
mail@lenmur.com

July 22, 2008



*Via Facsimile: (212) 805-7920*
Hon. Shira A. Scheindlin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Re: **ST Shipping and Transport Inc. v. Golden Fleece Maritime Inc.**
07 Civ. 11147 (SAS)
LML ref: 1389

Dear Judge Scheindlin:

We represent the Defendant, Golden Fleece Maritime Inc. ("Golden Fleece"), as well as non-party Blanca Shipmanagement ("Blanca") in the above captioned matter. We write to request that we be allowed an additional seven days to submit Blanca's Reply Memorandum and supporting documents as the English solicitor who is to submit a Reply Declaration in this case, Duncan McDonald, is away on vacation.

Currently, Blanca's Reply submission is due on July 28, 2008. However, we have recently been informed that the English solicitor who is to submit the Reply declaration is away. We were not aware of his vacation until this time. We believe it would be prejudicial to Blanca's case if a Reply Declaration from English counsel could not be submitted addressing the points of English law raised in Plaintiff's Opposition submission.

Thus, we respectfully request that Blanca be allowed an additional seven days to submit its Reply submission, such that it can obtain a Reply declaration from the English solicitor. If Blanca's request is granted, the new due date for the Reply would be August 4, 2008.

When contacted, Plaintiff's counsel informed us that it takes no position on our request at this time. As English counsel is currently unavailable, we respectfully request that the Court memo-endorse this letter, directing that the due date for the Reply submission be altered as set forth above.

*[Handwritten endorsement:] Blanca may have an additional seven days to file its reply brief. The brief is now due August 4, 2008. No further adjournments. So Ordered. [signature] USDJ 7/23/08*

Patrick F. Lennon • Charles E. Murphy • Kevin J. Lennon • Nancy R. Siegel • Anne C. LeVasseur • Coleen A. McEvoy

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for consideration of this request.

Respectfully submitted,

Nancy R. Siegel

cc: *Via Facsimile: (212) 267-5767*
John R. Foster, Esq.
Waesche, Sheinbaum & O'Regan